AO 440  (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

ECHOSTAR SATELLITE LLC, ECHOSTAR
TECHNOLOGIES CORPORATION, and
NAGRASTAR LLC,

V.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 6 -   4 2 5

FINISAR CORPORATION

TO: (Name and address of Defendant)

FINISAR CORPORATION
c/o Incorporating Services, Ltd.
3500 South Dupont Highway
Dover, DE 19901

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Josy W. Ingersoll (No. 1088)
YOUNG CONAWAY
  STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P. O. Box 391
Wilmington, Delaware  19899-0391

an answer to the complaint which is served on you with this summons, within _____ 20 _____ days after service
of this summons on you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint.  Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO                          7/10/06

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | July 10, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Marian Hogan | Process Server |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the defendant. Place where served: Incorporating Services, 3700 S Diamond Hwy Dover DE 19901. Service was accepted by Leslie Pope at 3:45 pm

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-10-06
_____
Date

Marian Hogan
_____
Signature of Server

37 Woodland Dr Ste 109 Dover DE 19904
_____
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.