UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>          Plaintiffs,<br><br>  v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>          Defendant. | Case No. 06-0425 |

## MOTION AND ORDER
## FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5(c) and the attached certifications, Richard H. Morse moves for the admissions *pro hac vice* of Harold J. McElhinny, Esquire, Rachel Krevans, Esquire, William J. Kuhne, Esquire and Jason A. Crotty, Esquire to represent plaintiffs in this matter.

                                      YOUNG CONAWAY STARGATT & TAYLOR

                                      /s/ Richard H. Morse
                                      Josy W. Ingersoll (No. 1088)
                                      Richard H. Morse (No. 531)
                                      The Brandywine Building, 17th Floor
                                      1000 West Street
                                      P.O. Box 391
                                      Wilmington, Delaware 19899
                                      (302) 571-6651
                                      rmorse@ycst.com

                                      Attorneys for Plaintiffs

DATED: July 19, 2006

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admissions *pro hac vice* is granted.

_____
United States District Court Judge

DATED: _____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,

Plaintiffs,

v.

FINISAR CORPORATION, a Delaware corporation,

Defendant.

Case No. 06-0425

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

MORRISON & FOERSTER LLP

_____
Harold J. McElhinny
425 Market Street
San Francisco, California 94105
(415) 268-7265

DATED: July 18, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 06-0425 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

MORRISON & FOERSTER LLP

_____
Rachel Krevans
425 Market Street
San Francisco, California 94105
(415) 268-7178

DATED: July 17, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 06-0425 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and California, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

MORRISON & FOERSTER LLP

_/s/ William Kuhne_
William J. Kuhne
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 506-7241

DATED: July 17, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 06-0425 |

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California, and, pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective January 1, 2005, I further certify that the fee payment of $25.00 will be submitted to the Clerk's office upon the filing of this motion.

MORRISON & FOERSTER LLP

_____
Jason A. Crotty
425 Market Street
San Francisco, California 94105
(415) 268-6381

DATED: July 17, 2006

## CERTIFICATE OF SERVICE

I, Richard H. Morse, hereby certify that on July 19, 2006 copies of the foregoing document were served on the following in the manner indicated:

### BY U.S. MAIL

FINISAR CORPORATION
c/o Incorporating Services, Ltd.
3500 South Dupont Highway
Dover, DE 19901

### BY E-MAIL

Thomas B. Kenworthy, Esquire [tkenworthy@morganlewis.com]
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ Richard H. Morse
Josy W. Ingersoll (No. 1088)
Richard H. Morse (No. 531)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
rmorse@ycst.com

Attorneys for Plaintiffs