UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 06-0425-JJF |

### STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by the parties, through their respective counsel, that the time within which defendant Finisar Corporation must respond to the Complaint is hereby extended thirty (30) days until August 30, 2006. There have been no previous extensions granted.

_/s/ Richard H. Morse_
Josy W. Ingersoll (No. 1088)
Richard H. Morse (No. 531)
Young Conaway Stargatt & Taylor, LLP
1000 West Street
The Brandywine Building, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899
(302) 571-6651

Attorneys for Plaintiffs

Dated: August 1, 2006

_/s/ D. W. Marston_
David W. Marston Jr. (No. 3972)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5937

Attorney for Defendant

Dated: August 1, 2006