UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 06-0425-JJF |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by the parties, subject to the approval of the Court, that the time within which defendant Finisar Corporation must answer, move or otherwise plead in response to the Complaint is hereby extended until October 8, 2006. One previous extension has been granted.

_____
Josy W. Ingersoll (No. 1088)
Richard H. Morse (No. 531)
Young Conaway Stargatt & Taylor, LLP
1000 West Street
The Brandywine Building, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899
(302) 571-6651

Attorneys for Plaintiffs

Dated: August 16, 2006

_____
David W. Marston Jr. (No. 3972)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5937

Attorney for Defendant

Dated: August 16, 2006

APPROVED this _____ day of August, 2006.

_____<br>United States District Judge