UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 06-0425-JJF |

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by the parties, subject to the approval of the Court, that the time within which defendant Finistar Corporation must answer, move or otherwise plead in response to the Complaint is hereby extended from October 8, 2006 until October 23, 2006. Two previous extensions have been granted.

_____
Josy W. Ingersoll (No. 1088)
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Plaintiffs

_____
David W. Marston, Jr., (No. 3972)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5937

Attorney for Defendant

APPROVED this _____ day of September, 2006

_____
United States District Judge