UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **ECHOSTAR SATELLITE LLC, a Colorado corporation, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,**<br><br>         **Plaintiffs,**<br><br>  **v.**<br><br>**FINISAR CORPORATION, a Delaware corporation,**<br><br>         **Defendant.** | **Case No. 06-0425-JJF**<br><br>**CONTAINS CONFIDENTIAL INFORMATION** |

## DECLARATION OF DION M. BREGMAN

DION M. BREGMAN, acknowledging that this declaration is made under penalty of perjury, states upon personal knowledge, information and belief that the following facts are true and correct.

1.    I am a partner in the law firm of Morgan, Lewis & Bockius LLP and one of the counsel for Finisar Corporation ("Finisar"), the defendant in this action.

2.    Attached hereto as Exhibit A is a true and correct copy of a letter dated June 25, 2004 from my partner Gary S. Williams to David K. Moskowitz, Esquire, Senior Vice President, General Counsel and Secretary of EchoStar Communications Corporation ("EchoStar"), one of the plaintiffs in this action.

3.      Attached hereto as Exhibit B is a true and correct copy of a letter dated June 30, 2004 from David C. St. John-Larkin, Esquire, Associate Patent Counsel of EchoStar Satellite L.L.C., another of the plaintiffs in this action, to Mr. Williams.

4.      Attached hereto as Exhibit C is a true and correct copy of a letter dated July 21, 2004 from Mr. Williams to Mr. St. John-Larkin.

5.      Attached hereto as Exhibit D is a true and correct copy of a letter dated October 7, 2004 from Mr. Williams to Mr. St. John-Larkin.

6.      Attached hereto as Exhibit E is a true and correct copy of a letter dated October 21, 2004 from Mr. St. John-Larkin to Mr. Williams.

7.      Attached hereto as Exhibit F is a true and correct copy of a letter dated January 21, 2005 from Mr. Williams to Mr. St. John-Larkin.

8.      Attached hereto as Exhibit G is a true and correct copy of a letter dated January 27, 2005 from Mr. St. John-Larkin to Mr. Williams.

9.      On March 24, 2005, my partner Michael J. Lyons and I met with representatives of EchoStar at EchoStar's offices in Englewood, Colorado.  During that meeting, the parties discussed their respective positions with regard to the applicability of claims of U.S. Patent No. 5,404,505 to EchoStar's technology.

10.      Attached hereto as Exhibit H is a true and correct copy of a letter dated April 6, 2005 from Mr. Williams to Kerry Philip Miller, Esquire, the Vice President of Intellectual Property at EchoStar.

11.    Attached hereto as Exhibit I is a true and correct copy of a letter dated April 14, 2005 from Mr. Miller to Mr. Williams.

12.    Attached hereto as Exhibit J is a true and correct copy of a letter dated June 16, 2005 from Ludmila Yamalova, Esquire, Associate General Counsel of Finisar, to Mr. Miller.  EchoStar did not respond to the proposal set forth in this letter.

13.    Attached hereto as Exhibit K is a true and correct copy of a press release issued by Finisar on June 26, 2006.

14.    Subsequent to this press release, Finisar and EchoStar have resumed discussions.  A meeting in Colorado was originally scheduled for September 27, 2006, but that date became inconvenient for EchoStar, and the parties are in the process of trying to find a mutually agreeable date and location to meet.

15.    Attached hereto as Exhibit L is a true and correct copy of the docket entries (as of October 19, 2006) in Civil Action No. 1:05-CV-264-RHC pending in the United States District Court for the Eastern District of Texas, entitled <u>Finisar Corp. v. The DirecTV Group Inc., et al</u>.

DATED:  October 19, 2006

_____

DION M. BREGMAN

## CERTIFICATE OF SERVICE

I, ARTHUR G. CONNOLLY, III, do hereby certify that on this date, true and correct copies of the foregoing were served upon the following counsel via ECF and as follows:

### VIA HAND DELIVERY

Josy W. Ingersoll, Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
The Brandywine Building, 17th Floor
P. O. Box 391
Wilmington, Delaware  19899

### VIA FEDERAL EXPRESS

Harold J. McElhinny, Esquire
Rachel Krevans, Esquire
William J. Kuhne, Esquire
Jason A. Crotty, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, California  94105

Attorneys for Plaintiffs
EchoStar Satellite LLC,
EchoStar Technologies Corporation,
 and Nagrastar LLC

DATED:   October 24, 2006

_____
ARTHUR G. CONNOLLY, III (No. 2667)

# EXHIBIT A

Morgan, Lewis & Bockius LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Tel: 650.493.4935
Fax: 650.493.5556
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Gary S. Williams
Partner
Phone: 650 849-7721
Email: gwilliams@morganlewis.com

June 25, 2004

By Facsimile (303) 723-~~1699~~ 3826
Confirmation by First Class Mail

David K. Moskowitz, Esq.
Senior Vice President, General Counsel and Secretary
EchoStar Communications Corporation
5701 South Santa Fe Drive
Littleton, CO 80120

Re:    Licensing Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. Moskowitz:

    We represent Finisar Corporation in its intellectual property matters. Based on publicly available information, it appears that EchoStar is utilizing various aspects of U.S. Patent No. 5,404,505 (hereinafter "the '505 patent"), assigned to Finisar Corporation. The '505 patent is entitled "System for Scheduling Transmission of Indexed and Requested Database Tiers on Demand at Varying Repetition Rates." We believe EchoStar should have, and would benefit from, a license to the '505 patent. We have enclosed a copy of the '505 patent for your review.

    Claims of the '505 patent read on satellite transmission systems that broadcast information at various repetition rates. Our review of EchoStar's satellite broadcast system has demonstrated that EchoStar transmits various Electronic Program Guide (EPG) data at various repetition rates. It is further apparent that EchoStar uses a hierarchical system to determine which signal streams receive higher or lower repetition rates.

    We believe EchoStar has been using Finisar's intellectual property for some time. Finisar would simply like to receive a reasonable royalty for its investment in and ownership of the valuable patent rights it has developed. Finisar would prefer to address the issue of EchoStar's use of Finisar's intellectual property rights in a licensing context rather than through more formal means. We look forward to your prompt response.

                    Sincerely,

                    Gary Williams
                    Partner

Encl.

cc:    Gabriel Kralik, General Counsel, Finisar

I-IPA: 511360.1

# EXHIBIT B



**SATELLITE L.L.C.**

9601 South Meridian Boulevard
Englewood, CO 80112

David C. St. John-Larkin
Associate Patent Counsel
Direct: (720) 514-5407
Email: david.stjohnlarkin@echostar.com

June 30, 2004

*Via Certified Mail,*
*Return Receipt Requested*

Mr. Gary Williams
Morgan, Lewis & Bockius, LLP
3300 Hillview Avenue
Palo Alto, CA 94304

Re: Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. Williams,

We are in receipt of your letter dated June 25th, 2004. Your letter broadly contends that EchoStar has been using U.S. Patent No. 5,404,505 without providing a element-specific analysis to support this allegation.

If you would like EchoStar to consider a license under the '505 patent, please provide a detailed element-by-element explanation that describes with specificity how EchoStar's satellite transmission system uses at least one patent claim of Finisar Corporation's intellectual property. We would also appreciate receiving a complete copy of the file history for the '505 patent. This will expedite our review of your contentions. Once we receive this material, we can evaluate whether a license under Finisar's patent would be beneficial for EchoStar.

We look forward to hearing from you.

Very truly yours,

David St. John-Larkin

DSJL
cc: Kerry Miller

# EXHIBIT C

Morgan, Lewis & Bockius LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Tel:  650.493.4935
Fax:  650.493.5556
www.morganlewis.com

# Morgan Lewis
C O U N S E L O R S   A T   L A W

Gary S. Williams
Partner
Phone: 650 849-7721
Email: gwilliams@morganlewis.com

July 21, 2004

By Facsimile (303) 723-3526
Confirmation by First Class Mail

David St. John-Larkin
Associate Patent Counsel
EchoStar Communications Corporation
9601 South Meridian Boulevard
Englewood, CO 80112

Re:     Licensing Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. St. John-Larkin:

In response to your letter of June 30, 2004, we believe that we have already sufficiently identified EchoStar's continuing infringement of Finisar's U.S. Patent No. 5,404,505 (hereinafter "the '505 patent").  It is well known that each of EchoStar's transponders broadcasts limited EchoStar Electronic Program Guide (EPG) data (present/following EPG data) in multiplex fashion along with the audio and video signals for each of the program channels. One of the transponders, the Home transponder, also broadcasts EchoStar full EPG data in addition to program data and present/following EPG data.  The EchoStar full EPG data is broadcast by the Home transponder in carousel fashion. The Home transponder sends time segmented, full EPG data for each channel (e.g. HBO, Showtime, etc.) and then proceeds to the next channel. Accordingly, EchoStar's satellite broadcast system transmits various EPG data at various repetition rates, directly infringing at least claims 1 and 16 of the '505 patent.

It is well established law that where a potential infringer has actual notice of another's patent rights, he has an affirmative duty to exercise due care to avoid infringement.  Accordingly, EchoStar has an affirmative duty to avoid infringement of Finisar's '505 patent and the burden is on Echostar to conduct its own infringement analysis.  Nonetheless, to expedite our negotiation, we are willing to provide a copy of the file history which will be sent via electronic mail concurrently herewith.  If you are agreeable to entering into a license with an appropriate royalty, please contact us immediately to arrange a convenient time to discuss specifics concerning the licensing terms.

Sincerely,

Gary Williams
Partner

Encl.

1-IPA: 512532.1

July 21, 2004
Page 2

Morgan Lewis
C O U N S E L O R S   A T   L A W

cc:    Gabriel Kralik, General Counsel, Finisar

# EXHIBIT D

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 900
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Gary S. Williams**
**Partner**
Phone: 650 843-7501
E-Mail: gwilliams@morganlewis.com

October 7, 2004

## BY FACSIMILE AND FIRST CLASS MAIL

060900-0483

David St. John-Larkin
Associate Patent Counsel
EchoStar Communications Corporation
9601 South Meridian Boulevard
Englewood, CO 80112

Re:    Licensing Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. St. John Larkin:

Further to our letter of July 21, 2004, we believe that EchoStar has had more than ample time to conduct its infringement analysis of Finisar's U.S. Patent 5,404,505. Accordingly, please advise us of EchoStar's position on this matter.

Very truly yours,

*[signature]*

Gary Williams

GSW/lrv

Philadelphia  Washington  New York  Los Angeles  San Francisco  Miami  Pittsburgh  Princeton  Chicago
Palo Alto  Northern Virginia  Harrisburg  Irvine  Boston  London  Tokyo  Brussels  Frankfurt

# EXHIBIT E

293 723 1399        EchoStar                                    12:0    p.m.    10-21-2004        2/2



9601 South Meridian Boulevard
Englewood, CO 80112

**David C. St. John-Larkin**
**Associate Patent Counsel**
Direct: (720) 514-5407
Email: david.stjohnlarkin@echostar.com

October 21, 2004

<u>*Via Facsimile and Certified Mail,*</u>
<u>*Return Receipt Requested*</u>

Gary S. Williams,
Partner
Morgan, Lewis & Bockius, LLP
2 Palo Alto Square
3000 El Camino Real, Suite 900
Palo Alto, CA 94306

Re: Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. Williams,

We are in receipt of your letter dated October 7th, 2004. Our Vice President of Intellectual Property recently returned from a prolonged vacation in Europe. Now that he has returned, we may conclude our infringement analysis and will respond to your letter of July 21st, 2004 in the coming weeks.

Please feel free to contact me with any questions or concerns.

Very truly yours,

David St. John-Larkin

DSJL

# EXHIBIT F

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

**Gary S. Williams**
Partner
650-843-7501
gwilliams@morganlewis.com

January 21, 2005

**VIA FACSIMILE AND MAIL**

David St. John-Larkin
Associate Patent Counsel
EchoStar Communications Corporation
9601 South Meridian Boulevard
Englewood, CO   80112

Re:    Licensing Finisar Corporation's U.S. Patent No. 5,404,505
Our Ref.:  060900-0483

Dear Mr. St. John-Larkin:

On June 25, 2004, I wrote to David Moskowitz regarding licensing Finisar Corporation's U.S. Patent No. 5,04,505 (hereinafter "the '505 patent"). On June 30, 2004, you responded by requesting more information on how EchoStar uses Finisar's Intellectual Property. On July 21, 2004, I provided further details of such use, identified exemplary claims that would warrant a license,  and again requested a meeting to discuss licensing terms. On October 7, 2004, I again inquired about EchoStar's position on this matter. On October 21, 2004, you responded that your VP of Intellectual Property recently returned from Europe and that you would conclude your infringement analysis within "weeks." However, to date, we have neither received a substantive response on EchoStar's position nor an agreement to meet to discuss this matter. Enclosed for your convenience is all correspondence between us on this matter to date.

Finisar would very much like to open a dialogue with EchoStar on this subject in the near term.  I look forward to your early response.

Very truly yours,

Gary S. Williams
Partner

Enclosures

1-PA/3530300. 1





9601 South Meridian Boulevard
Englewood, CO 80112

David C. St. John-Larkin
Associate Patent Counsel
Direct: (720) 514-5407
Email: david.stjohnlarkin@echostar.com

October 21, 2004

### *Via Facsimile and Certified Mail,*
### *Return Receipt Requested*

Gary S. Williams,
Partner
Morgan, Lewis & Bockius, LLP
2 Palo Alto Square
3000 El Camino Real, Suite 900
Palo Alto, CA 94306

### Re: Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. Williams,

We are in receipt of your letter dated October 7th, 2004. Our Vice President of Intellectual Property recently returned from a prolonged vacation in Europe. Now that he has returned, we may conclude our infringement analysis and will respond to your letter of July 21st, 2004 in the coming weeks.

Please feel free to contact me with any questions or concerns.

Very truly yours,

David St. John-Larkin

DSJL

Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 900
Palo Alto, CA 94306
Tel: 650.843.4000
Fax: 650.843.4001
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Gary S. Williams
Partner
Phone: 650 843-7501
E-Mail: gwilliams@morganlewis.com

October 7, 2004

## BY FACSIMILE AND FIRST CLASS MAIL

060900-0483

David St. John-Larkin
Associate Patent Counsel
EchoStar Communications Corporation
9601 South Meridian Boulevard
Englewood, CO 80112

Re:     Licensing Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. St. John Larkin:

Further to our letter of July 21, 2004, we believe that EchoStar has had more than ample time to conduct its infringement analysis of Finisar's U.S. Patent 5,404,505. Accordingly, please advise us of EchoStar's position on this matter.

Very truly yours,

Gary Williams

GSW/lrv

Philadelphia  Washington  New York  Los Angeles  San Francisco  Miami  Pittsburgh  Princeton  Chicago
Palo Alto  Northern Virginia  Harrisburg  Irvine  Boston  London  Tokyo  Brussels  Frankfurt

**Morgan, Lewis & Bockius LLP**
3300 Hillview Avenue
Palo Alto, CA 94304
Tel: 650.493.4935
Fax: 650.493.5556
www.morganlewis.com

# Morgan Lewis
COUNSELORS AT LAW

Gary S. Williams
Partner
Phone: 650 849-7721
Email: gwilliams@morganlewis.com

July 21, 2004

By Facsimile (303) 723-3526
Confirmation by First Class Mail

David St. John-Larkin
Associate Patent Counsel
EchoStar Communications Corporation
9601 South Meridian Boulevard
Englewood, CO 80112

Re:    Licensing Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. St. John-Larkin:

In response to your letter of June 30, 2004, we believe that we have already sufficiently identified EchoStar's continuing infringement of Finisar's U.S. Patent No. 5,404,505 (hereinafter "the '505 patent"). It is well known that each of EchoStar's transponders broadcasts limited EchoStar Electronic Program Guide (EPG) data (present/following EPG data) in multiplex fashion along with the audio and video signals for each of the program channels. One of the transponders, the Home transponder, also broadcasts EchoStar full EPG data in addition to program data and present/following EPG data. The EchoStar full EPG data is broadcast by the Home transponder in carousel fashion. The Home transponder sends time segmented, full EPG data for each channel (e.g. HBO, Showtime, etc.) and then proceeds to the next channel. Accordingly, EchoStar's satellite broadcast system transmits various EPG data at various repetition rates, directly infringing at least claims 1 and 16 of the '505 patent.

It is well established law that where a potential infringer has actual notice of another's patent rights, he has an affirmative duty to exercise due care to avoid infringement. Accordingly, EchoStar has an affirmative duty to avoid infringement of Finisar's '505 patent and the burden is on Echostar to conduct its own infringement analysis. Nonetheless, to expedite our negotiation, we are willing to provide a copy of the file history which will be sent via electronic mail concurrently herewith. If you are agreeable to entering into a license with an appropriate royalty, please contact us immediately to arrange a convenient time to discuss specifics concerning the licensing terms.

Sincerely,

Gary Williams
Partner

Encl.

1-IPA: 512532.1

July 21, 2004
Page 2

**Morgan Lewis**
COUNSELORS AT LAW

cc:    Gabriel Kralik, General Counsel, Finisar



SATELLITE L.L.C.

9601 South Meridian Boulevard
Englewood, CO 80112

David C. St. John-Larkin
Associate Patent Counsel
Direct: (720) 514-5407
Email: david.stjohnlarkin@echostar.com

June 30, 2004

***Via Certified Mail,***
***Return Receipt Requested***

Mr. Gary Williams
Morgan, Lewis & Bockius, LLP
3300 Hillview Avenue
Palo Alto, CA 94304

Re: Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. Williams,

　　We are in receipt of your letter dated June 25th, 2004. Your letter broadly contends that EchoStar has been using U.S. Patent No. 5,404,505 without providing a element-specific analysis to support this allegation.

　　If you would like EchoStar to consider a license under the '505 patent, please provide a detailed element-by-element explanation that describes with specificity how EchoStar's satellite transmission system uses at least one patent claim of Finisar Corporation's intellectual property. We would also appreciate receiving a complete copy of the file history for the '505 patent. This will expedite our review of your contentions. Once we receive this material, we can evaluate whether a license under Finisar's patent would be beneficial for EchoStar.

　　We look forward to hearing from you.

Very truly yours,

David St. John-Larkin

DSJL
cc: Kerry Miller

Morgan, Lewis & Bockius LLP
3300 Hillview Avenue
Palo Alto, CA 94304
Tel: 650.493.4935
Fax: 650.493.5556
www.morganlewis.com

# Morgan Lewis
### COUNSELORS AT LAW

Gary S. Williams
Partner
Phone: 650 849-7721
Email: gwilliams@morganlewis.com

June 25, 2004

By Facsimile (303) 723-~~1699~~ 3526
Confirmation by First Class Mail

David K. Moskowitz, Esq.
Senior Vice President, General Counsel and Secretary
EchoStar Communications Corporation
5701 South Santa Fe Drive
Littleton, CO  80120

Re:     Licensing Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. Moskowitz:

We represent Finisar Corporation in its intellectual property matters. Based on publicly available information, it appears that EchoStar is utilizing various aspects of U.S. Patent No. 5,404,505 (hereinafter "the '505 patent"), assigned to Finisar Corporation. The '505 patent is entitled "System for Scheduling Transmission of Indexed and Requested Database Tiers on Demand at Varying Repetition Rates." We believe EchoStar should have, and would benefit from, a license to the '505 patent. We have enclosed a copy of the '505 patent for your review.

Claims of the '505 patent read on satellite transmission systems that broadcast information at various repetition rates. Our review of EchoStar's satellite broadcast system has demonstrated that EchoStar transmits various Electronic Program Guide (EPG) data at various repetition rates. It is further apparent that EchoStar uses a hierarchical system to determine which signal streams receive higher or lower repetition rates.

We believe EchoStar has been using Finisar's intellectual property for some time. Finisar would simply like to receive a reasonable royalty for its investment in and ownership of the valuable patent rights it has developed. Finisar would prefer to address the issue of EchoStar's use of Finisar's intellectual property rights in a licensing context rather than through more formal means. We look forward to your prompt response.

Sincerely,

Gary Williams
Partner

Encl.

cc:     Gabriel Kralik, General Counsel, Finisar

1-IPA:511360.1

# EXHIBIT G



**ECHOSTAR** ®
**SATELLITE L.L.C.**

9601 South Meridian Boulevard
Englewood, CO 80112

**David C. St. John-Larkin**
Associate Patent Counsel
Direct: (720) 514-5407
Email: david.stjohnlarkin@echostar.com

January 27, 2005

*Via Certified Mail,*
*Return Receipt Requested*

Gary S. Williams
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

> Re:    Finisar Corporation's U.S. Patent No. 5,404,505

Dear Mr. Williams:

We are in receipt of your letter dated January 21st, 2005. Since my last letter, EchoStar has diligently worked to investigate your patent infringement claims. We are prepared to meet you and your client to discuss this matter. We have the following days available for a meeting in Denver, Colorado: Friday March 4th, Tuesday, March 8th, or Friday, March 11th. Alternatively, we would be happy to discuss this over the phone on those dates. Please let me know what works best for your team.

Best regards,

David St. John-Larkin,
Associate Patent Counsel

# EXHIBIT H

**Gary S. Williams**
Partner
650-843-7501
gwilliams@morganlewis.com

April 6, 2005

**VIA FACSIMILE AND MAIL**

Kerry Miller Esq.
Vice President of Intellectual Property
EchoStar Communications Corporation
9601 South Meridian Boulevard
Englewood, CO   80112

      Re:    Licensing Finisar Corporation's U.S. Patent No. 5,404,505
           Our Ref.:  060900-0483

Dear Mr. Miller:

      Thank you for taking the time to meet with Messrs. Lyons and Bregman at EchoStar's offices in Englewood, Colorado on March 24, 2005.

      During the meeting you mentioned that EchoStar would be open to discussing potential licensing terms.  Accordingly, we would like to invite EchoStar's non-attorney business representatives to Finisar's offices in Silicon Valley for further discussions among the business principals.

      Please let us know your preferred date and time to meet with Finisar.  Finisar's business representative(s) will be available during the week of April 18th.

      I look forward to your early response.

              Very truly yours,

              Gary S. Williams
              Partner

Enclosures

1-PA/3539014.2

# EXHIBIT I



April 14, 2005

Gary S. Williams
Morgan, Lewis & Bockius LLP
2 Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306

Dear Mr. Williams:

I am responding to your letter of April 6, 2005 and the voicemail you left with Dave St.
John-Larkin today. As we indicated to Messrs. Lyons and Bregman, we are happy to
consider any proposals you may have regarding the licensing of technology where
appropriate. If you have such a proposal, you may make it to me as I am the responsible
person at EchoStar for these matters.

Very truly yours,

Kerry Philip Miller
Vice President of Intellectual Property, Associate General Counsel
EchoStar Satellite L.L.C.
303-723-1609

# EXHIBIT J

# THIS DOCUMENT WILL BE
# FILED UNDER SEAL

# EXHIBIT K

**Finisar Wins $78.9 Million Patent Infringement Verdict Against DIRECTV**

SUNNYVALE, CA, Jun 26, 2006 (MARKET WIRE via COMTEX News Network) -- Finisar Corporation (NASDAQ: FNSR), a technology leader in gigabit fiber optic solutions for high-speed data networks, today reported that it had won $78.9 million in back damages in a verdict against the DIRECTV satellite television company in a patent infringement case. After a two-week trial in federal district court, a Beaumont, Texas, jury rendered a decision last Friday that found DIRECTV and its affiliated companies to be directly, literally and willfully infringing upon Finisar's information transmission patent and awarded the sizable verdict to Finisar.

At issue in the case was Finisar's U.S. Patent No. 5,404,505 (the '505 patent). The methods found within the '505 patent were invented by Finisar's co-founder, Dr. Frank Levinson, who filed a patent application in 1991. The patent addresses unique ways to transmit and broadcast digital information to a wide base of subscribers. The Beaumont jury unanimously upheld the validity of the Levinson '505 patent.

"We think jurors used careful reasoning and sound judgment in coming to their decision," said Finisar lead counsel Larry Laycock of the Salt Lake City, Utah-based law firm of Workman Nydegger. "In reaching a unanimous verdict on all counts, including willful infringement, the jurors sent a strong message regarding the claims in this case," commented Finisar's local trial counsel, Larry Germer of the Germer Gertz firm in Beaumont, Texas.

"We have invested significant time and effort to amass a sizeable patent portfolio, the '505 patent being just one of them," said Jerry Rawls, Finisar's Chairman of the Board and President and CEO. "Intellectual property is an important asset of our Company and we are committed to protecting our intellectual property rights."

"This verdict confirms our long-held belief that the methods found within the '505 patent, developed by my colleague and business partner Frank Levinson, are major contributions to the field of digital information transmission," added Rawls. "I sincerely appreciate the effort and attention that the Beaumont jury gave to our case. As a result of this verdict, Finisar will continue its ongoing '505 patent licensing discussions with other companies operating data distribution networks."

The case, Finisar Corporation v. DIRECTV, et al, Docket No. 1:05-cv-264, was filed in the United States District Court for the Eastern District of Texas, Beaumont Division. Judge Ron Clark presided over the trial.

ABOUT FINISAR

Finisar Corporation is a technology leader for fiber optic subsystems and network test and monitoring systems. These products enable high-speed data communications for networking and storage applications over Gigabit Ethernet local area networks (LANs), Fibre Channel storage area networks (SANs), and metropolitan area networks (MANs) using Fibre Channel, IP, SAS, SATA and SONET/SDH-based protocols. The Company's headquarters is in Sunnyvale, California, USA. www.finisar.com.

SAFE HARBOR UNDER THE PRIVATE SECURITIES LITIGATION REFORM ACT OF 1995

The statements contained in this press release that are not purely historical are forward-looking statements within the meaning of Section 21E of the Securities Exchange Act of 1934, as amended, including statements regarding Finisar's expectations, beliefs, intentions, or strategies regarding the future. Forward-looking statements involve risks and uncertainties, which could cause actual results to differ materially from those projected. These risks include those associated with the ongoing legal proceedings related to the '505 patent and technological and commercial developments in the rapidly evolving satellite transmission industry. Further information regarding these and other risks relating to Finisar's business is set forth in Finisar's Annual Report on Form 10-K and other interim reports as filed with the Securities and Exchange Commission.

Contact:
Steve Workman
Chief Financial Officer
408-548-1000

Investor Relations
408-542-5050
Contact via http://www.marketwire.com/mw/emailprcntct?id=5919D517A5F3CB85

SOURCE: Finisar Corporation

Copyright 2006 Market Wire, All rights reserved.

News Provided by COMTEX

# EXHIBIT L
# (Part 1)

APPEAL, JURY, PATENT

## U.S. District Court [LIVE]
## Eastern District of TEXAS LIVE (Beaumont)
## CIVIL DOCKET FOR CASE #: 1:05-cv-00264-RHC

Finisar Corporation v. DirecTV Group Inc The et al

Assigned to: Judge Ron Clark

Cause: 35:183 Patent Infringement

Date Filed: 04/04/2005

Jury Demand: Both

Nature of Suit: 830 Patent

Jurisdiction: Federal Question

**Plaintiff**

**Finisar Corporation**
*A Delaware Corporation*

represented by **Lawrence Louis Germer**
Germer Bernsen & Gertz
550 Fannin St
Suite 500
Beaumont, TX 77701
409/654-6700
Fax: 14098352115
Email: llgermer@germer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**C J Veverka**
Workman Nydegger & Seeley
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
801/533-9800
Fax: 801/328-1707
Email: cveverka@wnlaw.com
*ATTORNEY TO BE NOTICED*

**Charles L Roberts**
Workman Nydegger & Seeley
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
801/533-9800
Fax: 801/328-1707
Email: croberts@wnlaw.com
*ATTORNEY TO BE NOTICED*

**David R Todd**
Workman Nydegger & Seeley
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
801/533-9800
Fax: 801/328-1707
Email: dtodd@wnlaw.com
*ATTORNEY TO BE NOTICED*

**David R Wright**

Workman Nydegger & Seeley
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
801/533-9800
Fax: 801-328-1707
Email: dwright@wnlaw.com
*ATTORNEY TO BE NOTICED*

**Eric L Maschoff**
Workman Nydegger & Seeley
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
801/533-9800
Fax: 801/328-1707
Email: emaschoff@wnlaw.com
*ATTORNEY TO BE NOTICED*

**H. Craig Hall**
Law Office of H. Craig Hall, Jr.
3428 Harrisonwood Drive
West Valley, UT 84119
8015731774
Email: hcraighall@yahoo.com

**Kirk R Harris**
Workman Nydegger & Seeley
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
801/533-9800
Fax: 801-328-1707
Email: kharris@wnlaw.com
*ATTORNEY TO BE NOTICED*

**Larry R Laycock**
Workman Nydegger & Seeley
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
801/533-9800
Fax: 801-328-1707
Email: llaycock@wnlaw.com
*ATTORNEY TO BE NOTICED*

**Mark W Ford**
Workman Nydegger & Seeley
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
801/533-9800
Fax: 801/328-1707
Email: mford@wnlaw.com
*ATTORNEY TO BE NOTICED*

R Parrish Freeman
Workman Nydegger & Seeley
1000 Eagle Gate Tower
60 East South Temple
Salt Lake City, UT 84111
801/533-9800
Fax: 801/328-1707
Email: pfreeman@wnlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DirecTV Group Inc The**            represented by  **J Thad Heartfield**
*A Delaware Corporation*                              Law Offices of J. Thad Heartfield
                                                      2195 Dowlen Rd
                                                      Beaumont, TX 77706
                                                      409/866-3318
                                                      Fax: 14098665789
                                                      Email: thad@jth-law.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Maria K Nelson**
                                                      Jones Day -California
                                                      555 S Flower Street
                                                      50th Floor
                                                      Los Angeles, CA 90071
                                                      213/489-3939
                                                      Fax: 12132432539
                                                      Email: mknelson@jonesday.com
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Charles A Kertell**
                                                      Jones Day- Los Angeles
                                                      555 Flower St
                                                      50th Floor
                                                      Los Angeles, CA 90071
                                                      213/489-3939
                                                      Fax: 213/243-2539
                                                      Email: cakertell@jonesday.com
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Giam M Nguyen**
                                                      Jones Day -California
                                                      555 S Flower Street
                                                      50th Floor
                                                      Los Angeles, CA 90071
                                                      213/489-3939
                                                      Fax: 213/243-2539
                                                      Email: gmnguyen@jonesday.com

                                                      **Gregory A Castanias**

Jones Day Reavis & Pogue
51 Louisiana Ave, NW
Washington, DC 20001-2113
202/879-3939
Fax: 202/626-1700
Email: gcastanias@jonesday.com
*ATTORNEY TO BE NOTICED*

**Kevin G McBride**
Jones Day -California
555 S Flower Street
50th Floor
Los Angeles, CA 90071
213/489-3939
Fax: 213/243-2539
Email: kgmcbride@jonesday.com
*ATTORNEY TO BE NOTICED*

**Louis Touton**
Jones Day- Los Angeles
555 Flower St
50th Floor
Los Angeles, CA 90071
213-243-2465
Fax: 213-243-2539
Email: louis@touton.info
*ATTORNEY TO BE NOTICED*

**Marsha E Mullin**
Jones Day -California
555 S Flower Street
50th Floor
Los Angeles, CA 90071
213/489-3939
Fax: 213/243-2539
Email: memullin@jonesday.com
*ATTORNEY TO BE NOTICED*

**Michael J Newton**
Jones Day
2727 N Harwood St
Dallas, TX 75201-1515
214/969-3700
Fax: 12149695100
Email: mnewton@jonesday.com
*ATTORNEY TO BE NOTICED*

**Patrick Connell McGinnis**
Pat McGinnis, Attorney at Law
21805 Park Street
Beaumont, TX 77701
409-832-8811
Fax: 409-832-8812
Email: pat@pcmcginnis.com

**Steven J Corr**
Jones Day -California
555 S Flower Street
50th Floor
Los Angeles, CA 90071
213/489-3939
Fax: 213/243-2539
Email: sjcorr@jonesday.com
*ATTORNEY TO BE NOTICED*

**Victor George Savikas**
Jones Day -California
555 S Flower Street
50th Floor
Los Angeles, CA 90071
213/489-3939
Fax: 213/243-2539
Email: vgsavikas@jonesday.com
*ATTORNEY TO BE NOTICED*

**Yolanda Orozco**
Jones Day- Los Angeles
555 Flower St
50th Floor
Los Angeles, CA 90071
213/489-3939
Fax: 213/243-2539
Email: yorozco@jonesday.com
*ATTORNEY TO BE NOTICED*

**Defendant**
**DirecTV Holdings LLC**    represented by **J Thad Heartfield**
*A Delaware Limited Liability Company*    (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giam M Nguyen**
(See above for address)

**Gregory A Castanias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin G McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Touton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marsha E Mullin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Connell McGinnis**
(See above for address)

**Steven J Corr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor George Savikas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yolanda Orozco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DirecTV Enterprises LLC**                    represented by **J Thad Heartfield**
*A Delaware Limited Liability Company*                        (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

**Giam M Nguyen**
(See above for address)

**Gregory A Castanias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin G McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Touton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marsha E Mullin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Connell McGinnis**
(See above for address)

**Steven J Corr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor George Savikas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yolanda Orozco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**DirecTV Operations LLC**                    represented by   **J Thad Heartfield**
*A California Corporation*                                      (See above for address)
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

**Giam M Nguyen**
(See above for address)

**Gregory A Castanias**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin G McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Touton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marsha E Mullin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Connell McGinnis**
(See above for address)

**Steven J Corr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor George Savikas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yolanda Orozco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Hughes Network Systems Inc**               represented by   **J Thad Heartfield**
*A Delaware Corporation*                                        (See above for address)

CM/ECF LIVE - U.S. District Court:txed - Docket Report

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giam M Nguyen**
(See above for address)

**Kevin G McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Touton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marsha E Mullin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Connell McGinnis**
(See above for address)

**Steven J Corr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor George Savikas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**
**DirecTV Inc**
*A California Corporation*

represented by **Allan W Jansen**
Jones Day - Irvine
3 Park Plaza
Suite 1100
Irvine, CA 92614-8502
949/851-3939
Fax: 949/553-7539
Email: awjansen@jonesday.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Thad Heartfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Giam M Nguyen**
(See above for address)

**Gregory A Castanias**
(See above for address)

CM/ECF LIVE - U.S. District Court:txed - Docket Report

*ATTORNEY TO BE NOTICED*

**Kevin G McBride**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Louis Touton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Marsha E Mullin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Patrick Connell McGinnis**
(See above for address)

**Steven J Corr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor George Savikas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Yolanda Orozco**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**Hughes Network Systems Inc**
*A Delaware Corporation*

represented by **J Thad Heartfield**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marsha E Mullin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor George Savikas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**
**DirecTV Inc**
*A California Corporation*

represented by **J Thad Heartfield**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Marsha E Mullin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor George Savikas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**DirecTV Group Inc The**                represented by    **J Thad Heartfield**
*A Delaware Corporation*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Marsha E Mullin**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael J Newton**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Victor George Savikas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**DirecTV Holdings LLC**                 represented by    **J Thad Heartfield**
*A Delaware Limited Liability Company*                    (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Marsha E Mullin**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Michael J Newton**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Victor George Savikas**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*

**Counter Claimant**

**DirecTV Enterprises LLC**              represented by    **J Thad Heartfield**
*A Delaware Limited Liability Company*                    (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Marsha E Mullin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J Newton**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Victor George Savikas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**DirecTV Operations LLC**                 represented by **J Thad Heartfield**
*A California Corporation*                                 (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                           **Marsha E Mullin**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Michael J Newton**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

                                           **Victor George Savikas**
                                           (See above for address)
                                           *ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Finisar Corporation**                    represented by **H. Craig Hall**
*A Delaware Corporation*                                  (See above for address)

| Date Filed | # | Docket Text |
|---|---|---|
| 04/04/2005 | 1 | COMPLAINT against Hughes Network Systems Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC (Filing fee $ 250.) , filed by Finisar Corporation. (Attachments: # 1 # 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibits G, H & I# 8 Exhibits K thru T)(bst, ) (Entered: 04/05/2005) |
| 04/04/2005 | 2 | Summons Issued as to Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Enterprises LLC, DirecTV Operations LLC. and handed to plaintiff's attorney for service (bst, ) (Entered: 04/05/2005) |
| 04/04/2005 | | Filing fee: $ 250, receipt number 328 (bst, ) (Entered: 04/05/2005) |
| 04/05/2005 | | Magistrate Consent Forms Mailed to attorneys Lawrence Germer, Charles L Roberts & Heber Craig Hall on behalf of plaintiff Finisar Corporation (bst, ) (Entered: 04/05/2005) |
| 04/06/2005 | 3 | CORPORATE DISCLOSURE STATEMENT filed by Finisar Corporation (Germer, |

CM/ECF LIVE - U.S. District Court:txed - Docket Report

| | | |
|---|---|---|
| | | Lawrence) (Entered: 04/06/2005) |
| 04/08/2005 | 4 | ORDER REASSIGNING CASE. Case reassigned to Judge Ron Clark for all further proceedings. Judge Thad Heartfield no longer assigned to case. Signed by Judge Thad Heartfield on 4/8/05. (bjc, ) (Entered: 04/08/2005) |
| 04/11/2005 | | Pro Hac Vice Filing fees paid by Larry Laycock, David Wright, Chas Roberts, CJ Veverka and Kirk Harris; Fee: $125.00, receipt number: 366 (tkd, ) (Entered: 04/13/2005) |
| 04/11/2005 | 5 | APPLICATION to Appear Pro Hac Vice for Finisar Corporation by Charles L Roberts. (tkd, ) (Entered: 04/13/2005) |
| 04/11/2005 | 6 | APPLICATION to Appear Pro Hac Vice by attorney Larry R Laycock for Finisar Corporation. (tkd, ) (Entered: 04/13/2005) |
| 04/11/2005 | 7 | APPLICATION to Appear Pro Hac Vice by attorney David R Wright for Finisar Corporation. (tkd, ) (Entered: 04/13/2005) |
| 04/11/2005 | 8 | APPLICATION to Appear Pro Hac Vice by attorney C J Veverka for Finisar Corporation. (tkd, ) (Entered: 04/13/2005) |
| 04/11/2005 | 9 | APPLICATION to Appear Pro Hac Vice by attorney Kirk R Harris for Finisar Corporation. (tkd, ) (Entered: 04/13/2005) |
| 04/14/2005 | 10 | AFFIDAVIT of Service of Summons executed by Finisar Corporation. Hughes Network Systems Inc served on 4/5/2005, answer due 4/25/2005. (tkd, ) (Entered: 04/15/2005) |
| 04/21/2005 | | Pro Hac Vice Filing fee paid by Eric Maschoff; Fee: $25, receipt number: 411 (tkd, ) (Entered: 04/22/2005) |
| 04/21/2005 | 11 | SUMMONS returned executed by Finisar Corporation. DirecTV Inc, The DirecTV Group Inc, DirecTV Holdings LLC, DirecTV Enterprises LLC and DirecTV Operations LLC served on 4/5/2005; answers due for these defendants by 4/25/2005. (tkd, ) (Entered: 04/22/2005) |
| 04/21/2005 | 12 | APPLICATION to Appear Pro Hac Vice by Attorney Eric L Maschoff for Finisar Corporation. (tkd, ) (Entered: 04/25/2005) |
| 04/27/2005 | 13 | Supplemental CORPORATE DISCLOSURE STATEMENT filed by Finisar Corporation (Harris, Kirk) Modified on 4/28/2005 (tkd, ). (Entered: 04/27/2005) |
| 05/13/2005 | 14 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Finisar Corporation by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 05/13/2005) |
| 05/13/2005 | 15 | CORPORATE DISCLOSURE STATEMENT filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC (Heartfield, J) (Entered: 05/13/2005) |
| 05/13/2005 | 16 | STIPULATION *Regarding Discovery Relating to Expert Witnesses* by Hughes Network Systems Inc, DirecTV Inc, Finisar Corporation, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 05/13/2005) |
| 05/13/2005 | | Pro Hac Vice Filing fee paid by Marsha Mullin; Fee: $25, receipt number: 525 (tkd, ) (Entered: 05/16/2005) |
| 05/13/2005 | 17 | APPLICATION to Appear Pro Hac Vice by attorney Marsha Mullin for all defendants. (tkd, ) (Entered: 05/16/2005) |

CM/ECF LIVE - U.S. District Court:txed - Docket Report                    Page 13 of 40

| | | |
|---|---|---|
| 05/25/2005 | 18 | ORDER Governing Proceedings. Rule 16 Management/scheduling conference set for 7/13/2005 10:00 AM in Ctrm 2 (Beaumont). A Rule 26(f) attorney conference must occur by 6/10/05. Signed by Judge Ron Clark on 5/23/05. (tkd, ) (Entered: 05/26/2005) |
| 05/25/2005 | 19 | PROTECTIVE ORDER. Signed by Judge Ron Clark on 5/23/05. (tkd, ) (Entered: 05/26/2005) |
| 06/02/2005 | 20 | RESPONSE to 14 Answer to Complaint, Counterclaim *Finisar Corporation's Answer to DirecTV, Inc.'s Counterclaims* by Finisar Corporation. (Harris, Kirk) (Entered: 06/02/2005) |
| 06/03/2005 | | Pro Hac Vice Filing fees paid by Giam Nguyen, Kevin McBride and Steven Corr; Fee: $75, receipt number: 617 (tkd, ) (Entered: 06/08/2005) |
| 06/03/2005 | 21 | APPLICATION to Appear Pro Hac Vice by Attorney Kevin G McBride for DirecTV Group Inc The; DirecTV Holdings LLC; DirecTV Enterprises LLC; DirecTV Operations LLC; Hughes Network Systems Inc and DirecTV Inc. (tkd, ) (Entered: 06/08/2005) |
| 06/03/2005 | 22 | APPLICATION to Appear Pro Hac Vice by Attorney Giam M Nguyen for DirecTV Group Inc The; DirecTV Holdings LLC; DirecTV Enterprises LLC; DirecTV Operations LLC; Hughes Network Systems Inc and DirecTV Inc. (tkd, ) (Entered: 06/08/2005) |
| 06/03/2005 | 23 | APPLICATION to Appear Pro Hac Vice by Attorney Steven J Corr for DirecTV Group Inc The; DirecTV Holdings LLC; DirecTV Enterprises LLC; DirecTV Operations LLC; Hughes Network Systems Inc and DirecTV Inc. (tkd, ) (Entered: 06/08/2005) |
| 06/24/2005 | 24 | REPORT of Rule 26(f) Planning Meeting. (Heartfield, J) (Entered: 06/24/2005) |
| 06/24/2005 | 25 | NOTICE of Disclosure by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC (Heartfield, J) (Entered: 06/24/2005) |
| 06/24/2005 | 26 | NOTICE of Disclosure by Finisar Corporation *Notice of Initial Disclosures* (Harris, Kirk) (Entered: 06/24/2005) |
| 07/13/2005 | 27 | Minute Entry for proceedings held before Judge Ron Clark: Case Management Conference held on 7/13/2005. The ct set deadlines and will enter a scheduling order. (Court Reporter Ada Christy.) (rll) (Entered: 07/14/2005) |
| 07/15/2005 | 28 | SCHEDULING ORDER: Claim construction hearing set for 1/25/06 at 10:00 am. Final Pretrial Conference set for 6/5/2006 09:00 AM. Joinder of Parties due by 8/17/2005. Jury instructions due by 5/22/2006. Jury Selection set for 6/6/2006 09:00AM. Proposed Pretrial Order due by 5/15/2006. Signed by Judge Ron Clark on 7/15/05. (tkd, ) (Entered: 07/15/2005) |
| 07/27/2005 | 29 | Joint MOTION to Amend/Correct 19 Protective Order by Hughes Network Systems Inc, DirecTV Inc, Finisar Corporation, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order# 2 Attachment A to Proposed Order)(Heartfield, J) (Entered: 07/27/2005) |
| 08/01/2005 | 30 | TRANSCRIPT of Hearing held on July 13, 2005 before Judge Ron Clark. Court Reporter: A Christy (34 pages). (tkd, ) (Entered: 08/02/2005) |
| 08/01/2005 | 31 | AMENDED STIPULATED PROTECTIVE ORDER. Signed by Judge Ron Clark on 7/27/05. (tkd, ) (Entered: 08/02/2005) |
| 10/17/2005 | 32 | NOTICE by Finisar Corporation *Joint Claim Construction and Prehearing Statement Pursuant to P.R. 4-3* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Veverka, C) (Entered: 10/17/2005) |
| 11/17/2005 | 33 | ORDER Governing *Markman* Hearing. Signed by Judge Ron Clark on 11/17/05. (tkd, ) |

| | | (Entered: 11/21/2005) |
|---|---|---|
| 11/17/2005 | 34 | ORDER regarding the potential appointment of Danny L Williams as a technical advisor to the Court. Signed by Judge Ron Clark on 11/17/05. (tkd, ) (Entered: 11/21/2005) |
| 12/01/2005 | 35 | SEALED Claim Construction BRIEF by Finisar Corporation. (tkd, ) (Entered: 12/02/2005) |
| 12/05/2005 | 36 | ORDER appointing Danny L. Williams as a technical advisor to the Court. The parties are ordered to deliver copies of Claim Construction briefs to Mr. Williams. Signed by Judge Ron Clark on 12/5/05. (tkd, ) (Entered: 12/05/2005) |
| 12/15/2005 | 37 | Joint MOTION to Amend/Correct 28 Scheduling Order, by Hughes Network Systems Inc, DirecTV Inc, Finisar Corporation, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 12/15/2005) |
| 12/15/2005 | 38 | ORDER granting 37 Motion to Amend Scheduling Order. Defts may file responsive claim construction brief by 12/19/05. Pltf may file reply claim construction brief by 12/30/05. Signed by Judge Ron Clark on 12/15/05. (tkd, ) (Entered: 12/15/2005) |
| 12/19/2005 | 39 | RESPONSIVE CLAIM CONSTRUCTION BRIEF by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9# 10 Exhibit 10# 11 Exhibit 11# 12 Exhibit 12# 13 Exhibit 13)(Heartfield, J) Modified on 12/19/2005 (tkd, ). (Entered: 12/19/2005) |
| 12/19/2005 | 40 | **FILING ERROR. This entry is a duplicate of 39 Brief. Please ignore.** NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *Defendants' Responsive Claim Construction Brief* (Attachments: # 1 Exhibit 1# 2 Exhibit 2)(Heartfield, J) Modified on 12/19/2005 (tkd, ). (Entered: 12/19/2005) |
| 12/19/2005 | 41 | **FILING ERROR. This entry is a duplicate of 39 Brief. Please ignore.** Additional Attachments to Main Document:. (Attachments: # 1 Exhibit 4# 2 Exhibit 5# 3 Exhibit 6# 4 Exhibit 7# 5 Exhibit 8# 6 Exhibit 9# 7 Exhibit 10# 8 Exhibit 11# 9 Exhibit 12# 10 Exhibit 13)(Heartfield, J) Modified on 12/19/2005 (tkd, ). (Entered: 12/19/2005) |
| 12/19/2005 | | **\*\*\*FILED IN ERROR. Documents # 40 and 41: Responsive Claim Construction Brief and Additional Attachments. These are duplicates of 39 Responsive Claim Construction Brief. Please ignore.** (tkd, ) (Entered: 12/19/2005) |
| 12/28/2005 | 42 | NOTICE of Corrected Exhibit 4 to 39 Responsive Claim Construction Brief by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC (Attachments: # 1 Exhibit 4) (Heartfield, J) Modified on 12/28/2005 (tkd, ). (Entered: 12/28/2005) |
| 01/09/2006 | 44 | NOTICE:Claim Construction Hearing set for 1/25/2006 10:00 AM in Ctrm 1, second floor, (Beaumont) before Judge Ron Clark. (bca, ) (Entered: 01/09/2006) |
| 01/12/2006 | 45 | JOINT CLAIM CONSTRUCTION CHART filed by plaintiff and all defendants. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Harris, Kirk) Modified on 1/13/2006 (tkd, ). (Entered: 01/12/2006) |
| 01/17/2006 | 46 | Minute Entry for proceedings held before Judge Ron Clark : Telephone Conference held on 1/17/2006. (Court Reporter Chris Bickham.) (bca, ) (Entered: 01/18/2006) |
| 01/23/2006 | 47 | NOTICE of Attorney Appearance by Louis Touton on behalf of Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV |

CM/ECF LIVE - U.S. District Court:txed - Docket Report                    Page 15 of 40

| | | Enterprises LLC, DirecTV Operations LLC (Touton, Louis) (Entered: 01/23/2006) |
|---|---|---|
| 01/25/2006 | 48 | Minute Entry for proceedings held before Judge Ron Clark : Markman Hearing held on 1/25/2006. (Court Reporter Chris Bickham.) (bca, ) (Entered: 01/27/2006) |
| 01/31/2006 | 49 | TRANSCRIPT of Claim Construction Hearing afternoon session held on 1/25/06 before Judge Ron Clark. Court Reporter: C Bickham - Volume 2 of 2 (Pages 82 - 209). (tkd, ) (Entered: 02/01/2006) |
| 02/01/2006 | 50 | SUPPLEMENTAL BRIEF Regarding Definiteness by Finisar Corporation re [35] Brief (Veverka, C) Modified on 2/2/2006 (tkd, ). (Entered: 02/01/2006) |
| 02/02/2006 | 51 | NOTICE of Disclosure by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *(Amended Initial Disclosures of Defendants)* (Heartfield, J) (Entered: 02/02/2006) |
| 02/02/2006 | 52 | BRIEF filed *(Supplemental Brief on Indefiniteness)* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 02/02/2006) |
| 02/03/2006 | 53 | TRANSCRIPT of Claim Construction Hearing morning session held on January 25, 2006 before Judge Ron Clark. Court Reporter: C Bickham - Volume 1 of 2 (pages 1-81). (tkd, ) (Entered: 02/06/2006) |
| 02/09/2006 | 55 | Minute Entry for proceedings held before Judge Ron Clark : Hotline Conference held by telephone on 2/9/2006. (Court Reporter Chris Bickham.) (bca, ) (Entered: 02/13/2006) |
| 02/09/2006 | 56 | Court's Exhibit List.(bca, ) (Entered: 02/13/2006) |
| 02/13/2006 | 54 | ORDER on 2/9/06 hotline call regarding deposition of Mr. Richard Purpura. Signed by Judge Ron Clark on 2/10/06. (tkd, ) (Entered: 02/13/2006) |
| 02/17/2006 | 57 | MEMORANDUM OPINION AND ORDER construing claim terms of United States Patent no. 5,404,505. Signed by Judge Ron Clark on 2/17/06. (bjc, ) Modified on 2/21/2006 (tkd, ). (Entered: 02/17/2006) |
| 02/21/2006 | 58 | Second ORDER on Claim Terms of United States Patent No. 5,404,505. Signed by Judge Ron Clark on 2/21/06. (tkd, ) (Entered: 02/21/2006) |
| 02/21/2006 | | Pro Hac Vice filing fees paid by R Parrish Freeman and Mark W Ford; Fee: $50, receipt number: 1-1-1699 (tkd, ) (Entered: 02/22/2006) |
| 02/21/2006 | 59 | APPLICATION to Appear Pro Hac Vice by Attorney Mark W Ford for Finisar Corporation. (tkd, ) (Entered: 02/22/2006) |
| 02/21/2006 | 60 | APPLICATION to Appear Pro Hac Vice by Attorney R Parrish Freeman for Finisar Corporation. (tkd, ) (Entered: 02/22/2006) |
| 03/02/2006 | 61 | **FILED IN ERROR. Filed as a notice instead of a motion. See corrected 66 Motion.** NOTICE by Finisar Corporation *Motion and Memorandum for Clarification of the Construction of the Phrase "Downloading Into a Memory Storage Device"* (Attachments: # 1 Exhibit A-Transcript Pages# 2 Exhibit B-Order# 3 Exhibit C-Patent)(Harris, Kirk) Modified on 3/7/2006 (tkd, ). (Entered: 03/02/2006) |
| 03/03/2006 | 62 | NOTICE by Finisar Corporation *Certificate of Expert Disclosures Pursuant to Fed. R. Civ. P. 26(a)(2) and Local Rules CV-26* (Harris, Kirk) (Entered: 03/03/2006) |
| 03/03/2006 | 63 | MOTION to Compel *Responses to Written Discovery* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order Proposed Order# 2 Exhibit A Ford Declaration# 3 Exhibit 1 Req for Admissions# 4 Exhibit 2 Letter# 5 Exhibit 3 Interrogatories)(Harris, Kirk) (Entered: 03/03/2006) |

CM/ECF LIVE - U.S. District Court:txed - Docket Report

| 03/03/2006 | 64 | MOTION to Strike *139 Prior Art References for Failure to Comply with Patent Rule 3-3* by Finisar Corporation. (Attachments: # 1 Proposed Order)(Harris, Kirk) Modified on 3/7/2006 (tkd, ). (Entered: 03/03/2006) |
|---|---|---|
| 03/03/2006 | 65 | DECLARATION of Mark W. Ford in Support of 64 MOTION to Strike *139 Prior Art References for Failure to Comply with Patent Rule 3-3* by Finisar Corporation (Attachments: # 1 Exhibit 1# 2 Exhibit 2 part 1# 3 Exhibit 2 part 2# 4 Exhibit 2 part 3# 5 Exhibit 2 part 4# 6 Exhibit 2 part 5# 7 Exhibit 2 part 6# 8 Exhibit 2 part 7# 9 Exhibit 2 part 8# 10 Exhibit 3# 11 Exhibit 4# 12 Exhibit 5)(Harris, Kirk) Modified on 3/7/2006 (tkd, ). (Entered: 03/03/2006) |
| 03/06/2006 | 66 | MOTION for Clarification of the Construction of the Phrase "Downloading into a Memory Storage Device" by Finisar Corporation. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C)(Harris, Kirk) Modified on 3/7/2006 (tkd, ). (Entered: 03/06/2006) |
| 03/06/2006 | 67 | MOTION for Reconsideration *of the ruling that "database editing means...for generating a hierarchically arranged set of indices...and for embedding said indices in said information database" is indefinite* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A-Declaration# 3 Exhibit 1-to Exhibit A# 4 Exhibit 2-to Exhibit A# 5 Exhibit 3-to Exhibit A# 6 Exhibit 4-to Exhibit A# 7 Exhibit 5-to Exhibit A# 8 Exhibit B# 9 Exhibit C# 10 Exhibit D)(Laycock, Larry) Modified on 3/7/2006 (tkd, ). (Entered: 03/06/2006) |
| 03/08/2006 | 68 | MOTION for Summary Judgment *of Invalidity of Claims 1, 2, 7, 9-11, and 37 of the '505 Patent* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Proposed Order)(Heartfield, J) (Entered: 03/08/2006) |
| 03/13/2006 | 69 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *of Service of Expert Reports* (Heartfield, J) (Entered: 03/13/2006) |
| 03/14/2006 | 70 | MOTION to Expedite *Consideration of Plaintiff Finisar Corporation's Motion to Strike Prior Art References Considered and Relied Upon by the DIRECTV Group Technical Experts* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order)(Harris, Kirk) (Entered: 03/14/2006) |
| 03/14/2006 | 71 | MOTION to Strike *Prior Art References Considered and Relied Upon by the DIRECTV Group, et al. Technical Experts, Gary S. Tjaden and Charles J. Neuhauser, for Failure to Produce and Failure to Comply with Patent Rule 3-3* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A-letter# 3 Exhibit B-Tjaden References# 4 Exhibit C-Neuhauser References# 5 Exhibit D-letter)(Harris, Kirk) (Entered: 03/14/2006) |
| 03/14/2006 | 72 | RESPONSE in Opposition re 70 MOTION to Expedite *Consideration of Plaintiff Finisar Corporation's Motion to Strike Prior Art References Considered and Relied Upon by the DIRECTV Group Technical Experts* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 03/14/2006) |
| 03/14/2006 | 73 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *of Compliance With P.R. 3-6(b)* (Heartfield, J) (Entered: 03/14/2006) |
| 03/14/2006 | 74 | ORDER granting 70 Motion to Expedite Consideration. Plaintiff's Rebuttal Expert Reports are due 3/29/06. It is further ordered that a telephonic hearing is scheduled for Tuesday, 3/21/06 at 10:00 a.m. Signed by Judge Ron Clark on 3/14/06. (mrp, ) (Entered: |

| | | 03/14/2006) |
|---|---|---|
| 03/17/2006 | 75 | RESPONSE in Opposition re 66 MOTION for Clarification of the Construction of the Phrase "Downloading into a Memory Storage Device" filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4)(Heartfield, J) (Entered: 03/17/2006) |
| 03/17/2006 | 76 | NOTICE by Finisar Corporation re 74 Order on Motion to Expedite, *Plaintiff Finisar's Notification to the Court of DIRECTV's Disclosures that do no Comply with the Patent Rules* (Harris, Kirk) (Entered: 03/17/2006) |
| 03/20/2006 | 77 | RESPONSE in Opposition re 63 MOTION to Compel *Responses to Written Discovery* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 03/20/2006) |
| 03/20/2006 | 78 | RESPONSE to Motion re 71 MOTION to Strike *Prior Art References Considered and Relied Upon by the DIRECTV Group, et al. Technical Experts, Gary S. Tjaden and Charles J. Neuhauser, for Failure to Produce and Failure to Comply with Patent Rule 3-3 and Order Granting Expedited Consideration* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6)(Heartfield, J) (Entered: 03/20/2006) |
| 03/20/2006 | 79 | RESPONSE to Motion re 64 MOTION to Strike *139 Prior Art References for Failure to Comply with Patent Rule 3-3* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 03/20/2006) |
| 03/21/2006 | 80 | Minute Entry for proceedings held before Judge Ron Clark : Hearing held on 3/21/2006. (Court Reporter Chris Bickham.) (bca, ) (Entered: 03/21/2006) |
| 03/21/2006 | 81 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *Defendants' Submission After March 21, 2006, Hearing on Motion to Strike* (Heartfield, J) (Entered: 03/21/2006) |
| 03/21/2006 | 82 | RESPONSE in Opposition re 67 MOTION for Reconsideration *of the ruling that "database editing means...for generating a hierarchically arranged set of indices...and for embedding said indices in said information database" is indefinite* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1) (Heartfield, J) (Entered: 03/21/2006) |
| 03/21/2006 | 83 | NOTICE by Finisar Corporation *Submission Pursuant to the Court's Order After the March 21, 2006 Hearing Regarding Finisar's Motion to Strike* (Harris, Kirk) (Entered: 03/21/2006) |
| 03/22/2006 | 84 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *Defendants' Supplemental Submission After March 21, 2006, Hearing on Motion to Strike* (Heartfield, J) (Entered: 03/22/2006) |
| 03/22/2006 | 85 | NOTICE by Finisar Corporation *Response to DIRECTV's Supplemental Submission After the March 21, 2006 Hearing on Motion to Strike* (Harris, Kirk) (Entered: 03/22/2006) |
| 03/22/2006 | 86 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, |

| | | |
|---|---|---|
| | | DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC re 78 Response to Motion,, *Corrected Version of Exhibit 6 to Defendants' Response to Plaintiff's Motion to Strike Prior Art References and Order Granting Expedited Consideration* (Heartfield, J) (Entered: 03/22/2006) |
| 03/23/2006 | 87 | RESPONSE in Opposition re 68 MOTION for Summary Judgment *of Invalidity of Claims 1, 2, 7, 9-11, and 37 of the '505 Patent* filed by Finisar Corporation. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C (pgs 1-34)# 5 Exhibit C (pgs 35-100)# 6 Exhibit D# 7 Exhibit E# 8 Exhibit F# 9 Exhibit G) (Laycock, Larry) (Entered: 03/23/2006) |
| 03/24/2006 | 88 | TRANSCRIPT of Hearing held on March 21, 2006 before Judge Ron Clark. Court Reporter: C Bickham (80 pages). (tkd, ) (Entered: 03/27/2006) |
| 03/27/2006 | 89 | REPLY to Response to Motion re 66 MOTION for Clarification of the Construction of the Phrase "Downloading into a Memory Storage Device" filed by Finisar Corporation. (Harris, Kirk) (Entered: 03/27/2006) |
| 03/27/2006 | 90 | ORDER denying 67 Motion for Reconsideration of the ruling that "database editing means...for generating a hierarchically arranged set of indices...and for embedding said indices in said information database" is indefinite. Signed by Judge Ron Clark on 3/27/06. (tkd, ) (Entered: 03/28/2006) |
| 03/28/2006 | 91 | ORDER striking invalidity disclosures. Ordered that references to the Sky Cable system and "Architecture of Videotext" shall be allowed as part of DirecTV's invalidity defenses and that the remaining references to which Finisar has objected shall not be introduced or described as prior art . Signed by Judge Ron Clark on 3/28/06. (bjc, ) Additional attachment(s) added on 7/5/2006 (tkd, ). (Entered: 03/28/2006) |
| 03/28/2006 | 92 | ORDERED that the 71 Motion to Strike Prior Art References considered and relied upon by DirectTV's experts, Gary Tjaden and Charles Neuhauser, for failure to produce and failure to comply with PR 3-3 is granted in part and denied in part. Ordered that Finisar Corporation's Motion to strike Prior 139 Prior Art References for failure to comply with PR 3-3 64 is denied as moot . Signed by Judge Ron Clark on 3/28/06. (bjc, ) (Entered: 03/28/2006) |
| 03/28/2006 | 93 | ORDER granting 66 Motion for Clarification of the Construction of the Phrase "Downloading into a Memory Storage Device". Signed by Judge Ron Clark on 3/28/06. (tkd, ) (Entered: 03/28/2006) |
| 03/29/2006 | 94 | OBJECTION to the Expert Report of Larry R. Leibrock, Ph.D. by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC (Attachments: # 1 Exhibit 1)(Heartfield, J) Modified on 3/31/2006 (tkd, ). (Entered: 03/29/2006) |
| 04/03/2006 | 95 | MOTION for Supplemental Construction of Claim 25 by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 04/03/2006) |
| 04/03/2006 | 96 | MOTION for Summary Judgment *that the '505 Patent is Not Invalid For Obviousness* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order Proposed Order# 2 Exhibit 1-Neuhauser Report (1-30)# 3 Exhibit 1-Neuhauser Report (31-60)# 4 Exhibit 1-Neuhauser Report (61-89)# 5 Exhibit 1-Neuhauser Report (90-120)# 6 Exhibit 1-Neuhauser Report (121-149)# 7 Exhibit 1-Neuhauser Report 150-180# 8 Exhibit 1-Neuhauser Report (181-209)# 9 Exhibit 1-Neuhauser Report (210-227)# 10 Exhibit 1-Neuhauser Report (228-269))(Harris, Kirk) (Entered: 04/03/2006) |
| 04/03/2006 | 97 | Additional Attachments to Main Document: 96 MOTION for Summary Judgment *that* |

| | | |
|---|---|---|
| | | *the '505 Patent is Not Invalid For Obviousness..* (Attachments: # 1 Exhibit 3- Comp. of Expert Invalidity Claim)(Harris, Kirk) (Entered: 04/03/2006) |
| 04/03/2006 | 98 | Additional Attachments to Main Document: 96 MOTION for Summary Judgment *that the '505 Patent is Not Invalid For Obviousness..* (Attachments: # 1 Exhibit 4-Tjaden Report 41-70# 2 Exhibit 4-Tjaden Report 71-100# 3 Exhibit 4-Tjaden Report 101-130# 4 Exhibit 4-Tjaden Report 131-170# 5 Exhibit 4-Tjaden Report 171-200# 6 Exhibit 4-Tjaden Report 201-230# 7 Exhibit 4-Tjaden Report 231-237)(Harris, Kirk) (Entered: 04/03/2006) |
| 04/03/2006 | 99 | SEALED PATENT MOTION *for Partial Summary Judgment of Direct and Literal Infringement of Claim 16 of the '505 Patent* by Finisar Corporation. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7# (8) Exhibit 8# (9) Exhibit 9# (10) Text of Proposed Order Proposed Order) (Harris, Kirk) (Entered: 04/03/2006) |
| 04/03/2006 | 100 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: [99] SEALED PATENT MOTION *for Partial Summary Judgment of Direct and Literal Infringement of Claim 16 of the '505 Patent.* (Attachments: # (1) Exhibit 11# (2) Exhibit 12# (3) Exhibit 13# (4) Exhibit 14# (5) Exhibit 15# (6) Exhibit 16# (7) Exhibit 17# (8) Exhibit 18# (9) Exhibit 19# (10) Exhibit 20# (11) Exhibit 21)(Harris, Kirk) (Entered: 04/03/2006) |
| 04/03/2006 | 101 | ORDER Directing Finisar to respond to Directv's Motion for Supplemental Construction of Claim 25. Finisar Corporation shall file a response to the motion by Friday, April 7, 2006. Signed by Judge Ron Clark on 4/3/06. (mrp, ) (Entered: 04/03/2006) |
| 04/03/2006 | 102 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: [99] SEALED PATENT MOTION *for Partial Summary Judgment of Direct and Literal Infringement of Claim 16 of the '505 Patent.* (Attachments: # (1) Exhibit 23# (2) Exhibit 24# (3) Exhibit 25# (4) Exhibit 26# (5) Errata 27# (6) Exhibit 28# (7) Exhibit 29# (8) Exhibit 30# (9) Exhibit 31)(Harris, Kirk) (Entered: 04/03/2006) |
| 04/03/2006 | 103 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: [99] SEALED PATENT MOTION *for Partial Summary Judgment of Direct and Literal Infringement of Claim 16 of the '505 Patent.* (Attachments: # (1) Exhibit 33# (2) Exhibit 34# (3) Exhibit 35# (4) Exhibit 36# (5) Exhibit 37# (6) Exhibit 38# (7) Exhibit 40# (8) Exhibit 41# (9) Exhibit 42# (10) Exhibit 43# (11) Exhibit 44)(Harris, Kirk) (Entered: 04/03/2006) |
| 04/03/2006 | 104 | MOTION for Reconsideration re 91 Order, *and Motion for Leave to File a Summary Judgment Motion Based on the SuperGuide System* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit A# 2 Exhibit 1 to Mtn for Summary Jgt re SuperGuide# 3 Exhibit 2 to Mtn for Summary Jgt re SuperGuide# 4 Proposed Order)(McGinnis, Patrick) (Entered: 04/03/2006) |
| 04/03/2006 | 105 | SEALED PATENT MOTION *and Supporting Memorandum for Partial Summary Judgment of Noninfringement as to (I) Information Provided by Third Parties in a Digital Format, and (II) Signal Processing Within IRDS in the Possession of Third Parties* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # (1) Declaration of J. Thad Heartfield# (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Proposed Order)(Heartfield, J) (Entered: 04/03/2006) |
| 04/03/2006 | 106 | MOTION for Summary Judgment *and Memorandum in Support, of Invalidity of Claims 16, 17, 22, 24, 25, 26, 39 and 44 of U.S. Patent No. 5,404,505 Based on the Gecsei Textbook* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, |

# EXHIBIT L
# (Part 2)

| | | |
|---|---|---|
| | | DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Proposed Order)(Heartfield, J) (Entered: 04/03/2006) |
| 04/03/2006 | 107 | Additional Attachments to Main Document: 106 MOTION for Summary Judgment *and Memorandum in Support, of Invalidity of Claims 16, 17, 22, 24, 25, 26, 39 and 44 of U.S. Patent No. 5,404,505 Based on the Gecsei Textbook.*. (Attachments: # 1 Exhibit A part 1 of 4# 2 Exhibit A part 2 of 4# 3 Exhibit A part 3 of 4# 4 Exhibit A part 4 of 4# 5 Exhibit B)(Heartfield, J) (Entered: 04/03/2006) |
| 04/03/2006 | 108 | SEALED PATENT MOTION *for Partial Summary Judgment of Direct and Literal Infringement of Claims 17,22,24, and 26 of the '505 Patent* by Finisar Corporation. (Attachments: # (1) Text of Proposed Order # (2) Exhibit A# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E# (7) Exhibit F# (8) Exhibit G# (9) Exhibit H# (10) Exhibit I# (11) Exhibit J# (12) Exhibit K# (13) Exhibit L# (14) Exhibit M# (15) Exhibit N# (16) Exhibit O)(Veverka, C) (Entered: 04/03/2006) |
| 04/03/2006 | 109 | MOTION for Summary Judgment *of Invalidity of Claims 16-17, 22, 24-26, 39, and 44 of United States Patent No. 5,404,505 (In View of SuperGuide System)* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order)(Heartfield, J) (Entered: 04/03/2006) |
| 04/03/2006 | 110 | SEALED PATENT MOTION *and Memorandum for Summary Judgment that DIRECTV's Purported "Printed Publications" Are Not "Printed Publications" and Therefore Cannot be Used, Either Alone or in Combination, to Render the '505 Patent Invalid* by Finisar Corporation. (Attachments: # (1) Text of Proposed Order)(Harris, Kirk) (Entered: 04/03/2006) |
| 04/03/2006 | 111 | SEALED PATENT DOCUMENT *Declaration of Mark W. Ford in Support of Plaintiff Finisar Corporation's Motion and Memorandum for Summary Judgment that DIRECTV's Purported "Printed Publications" are not "Printed Publications" and Therefore Cannot be Used, Either Alone or in Combination, to Render the '505 Patent Invalid.* (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7# (8) Exhibit 8# (9) Exhibit 9# (10) Exhibit 10# (11) Exhibit 11# (12) Exhibit 12# (13) Exhibit 13# (14) Exhibit 14# (15) Exhibit 15# (16) Exhibit 16# (17) Exhibit 17# (18) Exhibit 18# (19) Exhibit 19# (20) Exhibit 20# (21) Exhibit 21# (22) Exhibit 22)(Harris, Kirk) (Entered: 04/03/2006) |
| 04/05/2006 | 112 | SEALED PATENT DOCUMENT *Notice of Errata and Corrected Exhibit 19.* (Attachments: # (1) Exhibit 19)(Veverka, C) (Entered: 04/05/2006) |
| 04/05/2006 | 113 | SEALED PATENT DOCUMENT *Notice of Errata.* (Veverka, C) (Entered: 04/05/2006) |
| 04/05/2006 | 114 | MOTION *Objections to DIRECTV's Experts' Opinions that the Asserted Claims of the '505 Patent are Invalid for Obviousness* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order # 2 Exhibit 1 (1-30)# 3 Exhibit 1 (31-60)# 4 Exhibit 1 (61-89)# 5 Exhibit (90-120)# 6 Exhibit (121-149)# 7 Exhibit 1 (150-180)# 8 Exhibit 1- (181-209)# 9 Exhibit 1 (210-227)# 10 Exhibit 1 (228-269)# 11 Exhibit 2 (1-40)# 12 Exhibit 2 (41-70)# 13 Exhibit 2 (71-100)# 14 Exhibit 2 (101-130)# 15 Exhibit 2 (131-170)# 16 Exhibit 2 (171-200)# 17 Exhibit 2 (201-230)# 18 Exhibit 2 (231-237))(Harris, Kirk) (Entered: 04/05/2006) |
| 04/05/2006 | 115 | MOTION *Objections to DIRECTV's Expert's Opinions Related to Selected "Anticipation References"* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A (1-40)# 3 Exhibit A (41-70)# 4 Exhibit A (71-100)# 5 Exhibit A (101-130)# 6 Exhibit A (131-170)# 7 Exhibit A (171-200)# 8 Exhibit A (201-230)# 9 Exhibit A (231-237)# 10 Exhibit B)(Harris, Kirk) (Entered: 04/05/2006) |

| 04/05/2006 | 116 | Additional Attachments to Main Document: 115 MOTION *Objections to DIRECTV's Expert's Opinions Related to Selected "Anticipation References"*.. (Attachments: # 1 Exhibit C (1-100)# 2 Exhibit C (101-200)# 3 Exhibit C (201-300)# 4 Exhibit C# 5 Exhibit C (401-450)# 6 Exhibit C (451-500)# 7 Exhibit C (501-582)# 8 Exhibit C (583-623)# 9 Exhibit D# 10 Exhibit E (1-60)# 11 Exhibit E (61-100)# 12 Exhibit E (101-141) # 13 Exhibit F)(Harris, Kirk) (Entered: 04/05/2006) |
| --- | --- | --- |
| 04/06/2006 | 117 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re 104 MOTION for Reconsideration re 91 Order, *and Motion for Leave to File a Summary Judgment Motion Based on the SuperGuide System* filed by Finisar Corporation. (Attachments: # (1) Exhibit A (1-30)# (2) Exhibit A (31-60)# (3) Exhibit A (61-87)# (4) Exhibit A (88-120)# (5) Exhibit A (121-141)# (6) Exhibit a (142-162)# (7) Exhibit a (163-193)# (8) Exhibit B# (9) Exhibit C)(Harris, Kirk) (Entered: 04/06/2006) |
| 04/07/2006 | 118 | RESPONSE to Motion re 95 MOTION for Supplemental Construction of Claim 25 filed by Finisar Corporation. (Harris, Kirk) (Entered: 04/07/2006) |
| 04/07/2006 | 119 | ORDER granting 95 Motion for Supplemental Construction of Claim 25. Each side shall submit briefs, under five pages, by 4/11/06. A telephonic hearing will be held on 4/13/06 at 3:30 pm. Signed by Judge Ron Clark on 4/7/06. (tkd, ) (Entered: 04/07/2006) |
| 04/07/2006 | 120 | ORDER directing the parties to submit, by 4/24/06, an estimate of time needed to present testimony in this case. Signed by Judge Ron Clark on 4/7/06. (tkd, ) (Entered: 04/10/2006) |
| 04/10/2006 | 121 | Joint MOTION to Amend Summary Judgment Response Deadlines re [110], [99], [105], 106, [108], 109 and 96 MOTIONS for Summary Judgment, filed by Hughes Network Systems Inc, DirecTV Inc, Finisar Corporation, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order)(Heartfield, J) Modified on 4/11/2006 (tkd, ). (Entered: 04/10/2006) |
| 04/10/2006 | 122 | ORDER denying 104 Motion for reconsideration of the order striking the Superguide System from DirecTV's invalidity defenses and denying Motion for leave to file a summary judgment motion based on the Superguide System. Signed by Judge Ron Clark on 4/10/06. (tkd, ) (Entered: 04/10/2006) |
| 04/10/2006 | 124 | TRANSCRIPT of Phone Conference held on March 23, 2006 before Judge Ron Clark. Court Reporter: C Bickham (24 pages). (tkd, ) (Entered: 04/11/2006) |
| 04/11/2006 | 123 | Summary Judgment Response SCHEDULING ORDER re 121 Motion to amend summary judgment response deadlines. Signed by Judge Ron Clark on 4/11/06. (tkd, ) (Entered: 04/11/2006) |
| 04/11/2006 | 125 | CLAIM CONSTRUCTION BRIEF for Supplemental Construction of Claim 25 filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) Modified on 4/12/2006 (tkd, ). (Entered: 04/11/2006) |
| 04/12/2006 | 126 | CLAIM CONSTRUCTION BRIEF for Supplemental Construction of Claim 25 filed by Finisar Corporation. (Attachments: # 1 Exhibit A)(Veverka, C) Modified on 4/12/2006 (tkd, ). (Entered: 04/12/2006) |
| 04/12/2006 | 127 | MOTION to Withdraw 63 MOTION to Compel *Responses to Written Discovery Without Prejudice* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order)(Harris, Kirk) (Entered: 04/12/2006) |
| 04/13/2006 | 128 | ORDER granting 127 Motion to Withdraw 63 Motion to Compel Responses to Written Discovery without prejudice. Signed by Judge Ron Clark on 4/12/06. (tkd, ) (Entered: 04/13/2006) |

| 04/13/2006 | 129 | OPPOSITION to 94 Objection to the Expert Report of Larry Leibrock, PhD by Finisar Corporation. (Harris, Kirk) Modified on 4/18/2006 (tkd, ). (Entered: 04/13/2006) |
| 04/13/2006 | 138 | Minute Entry for proceedings held before Judge Ron Clark : Telephone Conference held on 4/13/2006. (Court Reporter Chris Bickham.) (bca, ) (Entered: 04/21/2006) |
| 04/18/2006 | 130 | REPLY to 129 Opposition to 94 Objection to the Expert Report of Larry R Leibrock, PhD by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) Modified on 4/19/2006 (tkd, ). (Entered: 04/18/2006) |
| 04/18/2006 | 131 | MOTION for Extension of Time to File Response/Reply as to 114 MOTION *Objections to DIRECTV's Experts' Opinions that the Asserted Claims of the '505 Patent are Invalid for Obviousness*, 115 MOTION *Objections to DIRECTV's Expert's Opinions Related to Selected "Anticipation References"* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 04/18/2006) |
| 04/18/2006 | 132 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [105] SEALED PATENT MOTION *and Supporting Memorandum for Partial Summary Judgment of Noninfringement as to (I) Information Provided by Third Parties in a Digital Format, and (II) Signal Processing Within IRDS in the Possession of Third Parties* filed by Finisar Corporation. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3# (4) Exhibit 4# (5) Exhibit 5# (6) Exhibit 6# (7) Exhibit 7# (8) Exhibit 8# (9) Exhibit 9# (10) Exhibit 10# (11) Exhibit 11# (12) Exhibit 12# (13) Exhibit 13# (14) Exhibit 14# (15) Exhibit 15# (16) Exhibit 16# (17) Exhibit 17# (18) Exhibit 18# (19) Exhibit 19# (20) Exhibit 20# (21) Exhibit 21# (22) Exhibit 22# (23) Exhibit 23# (24) Exhibit 24# (25) Exhibit 25# (26) Exhibit 26# (27) Exhibit 27# (28) Exhibit 28# (29) Exhibit 29# (30) Exhibit 30# (31) Exhibit 31)(Veverka, C) (Entered: 04/18/2006) |
| 04/18/2006 | 133 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: [132] Sealed Patent Response to Sealed Patent Motion,,,,. (Attachments: # (1) Exhibit 32 (76-151)# (2) Exhibit 32 (152-260)# (3) Exhibit 32 (261-371)# (4) Exhibit 33# (5) Exhibit 34# (6) Exhibit 35# (7) Exhibit 36# (8) Exhibit 37# (9) Exhibit 38# (10) Exhibit 39# (11) Exhibit 40# (12) Exhibit 41# (13) Exhibit 42# (14) Exhibit 43# (15) Exhibit 44# (16) Exhibit 45# (17) Exhibit 46# (18) Exhibit 47# (19) Exhibit 48# (20) Exhibit 49 (1-30)# (21) Exhibit 49 (31-47)# (22) Exhibit 49 (48-60)# (23) Exhibit 49 (61-80)# (24) Exhibit 49 (81-97)# (25) Exhibit 50# (26) Exhibit 51# (27) Exhibit 52# (28) Exhibit 53# (29) Exhibit 54# (30) Exhibit 55# (31) Exhibit 56# (32) Exhibit 57# (33) Exhibit 58# (34) Exhibit 59# (35) Exhibit 60# (36) Exhibit 61# (37) Exhibit 62# (38) Exhibit 63# (39) Exhibit 64)(Veverka, C) (Entered: 04/18/2006) |
| 04/18/2006 | 134 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [99] SEALED PATENT MOTION *for Partial Summary Judgment of Direct and Literal Infringement of Claim 16 of the '505 Patent* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # (1) Exhibit A# (2) Attachment 1 to Exhibit A# (3) Attachment 2 to Exhibit A# (4) Exhibit B# (5) Exhibit C# (6) Exhibit D# (7) Exhibit E# (8) Exhibit F# (9) Exhibit G# (10) Exhibit H# (11) Exhibit I# (12) Exhibit J# (13) Exhibit K# (14) Exhibit L# (15) Exhibit M# (16) Exhibit N# (17) Exhibit O# (18) Exhibit P# (19) Exhibit Q# (20) Exhibit R# (21) Proposed Order)(Heartfield, J) (Entered: 04/18/2006) |
| 04/18/2006 | 135 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [108] SEALED PATENT MOTION *for Partial Summary Judgment of Direct and Literal Infringement of Claims 17,22,24, and 26 of the '505 Patent* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises |

| | | |
|---|---|---|
| | | LLC, DirecTV Operations LLC. (Attachments: # (1) Exhibit A - Part 1 of 3# (2) Exhibit A - Part 2 of 3# (3) Exhibit A - Part 3 of 3# (4) Exhibit B# (5) Proposed Order) (Heartfield, J) (Entered: 04/18/2006) |
| 04/19/2006 | 136 | MEMORANDUM OPINION and Order Construing Claim 25 of United States Patent No. 5,404,505. Signed by Judge Ron Clark on 4/18/06. (tkd, ) (Entered: 04/19/2006) |
| 04/20/2006 | 137 | ORDER granting 131 Motion for Extension of Time to File Responses to 114 Objections and 115 Objections. Responses due by 4/25/2006. Signed by Judge Ron Clark on 4/20/06. (tkd, ) (Entered: 04/20/2006) |
| 04/21/2006 | 139 | RESPONSE in Opposition re [110] SEALED PATENT MOTION *and Memorandum for Summary Judgment that DIRECTV's Purported "Printed Publications" Are Not "Printed Publications" and Therefore Cannot be Used, Either Alone or in Combination, to Render the '505 P filed by* Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C - part 1 of 2# 4 Exhibit C - part 2 of 2# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F - part 1 of 5# 8 Exhibit F - part 2 of 5# 9 Exhibit F - part 3 of 5# 10 Exhibit F - part 4 of 5# 11 Exhibit F - part 5 of 5# 12 Exhibit G# 13 Exhibit H# 14 Exhibit I# 15 Exhibit J - part 1 of 2# 16 Exhibit J - part 2 of 2# 17 Exhibit K# 18 Exhibit L# 19 Exhibit M# 20 Proposed Order)(Heartfield, J) (Entered: 04/21/2006) |
| 04/21/2006 | 140 | RESPONSE in Opposition re 106 MOTION for Summary Judgment *and Memorandum in Support, of Invalidity of Claims 16, 17, 22, 24, 25, 26, 39 and 44 of U.S. Patent No. 5,404,505 Based on the Gecsei Textbook filed by* Finisar Corporation. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Harris, Kirk) (Entered: 04/21/2006) |
| 04/24/2006 | 141 | SEALED PATENT ADDITIONAL ATTACHMENTS to Main Document: [135] Sealed Patent Response to Sealed Patent Motion,. (Attachments: # (1) Certificate of Service) (Heartfield, J) (Entered: 04/24/2006) |
| 04/24/2006 | 142 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [105] SEALED PATENT MOTION *and Supporting Memorandum for Partial Summary Judgment of Noninfringement as to (I) Information Provided by Third Parties in a Digital Format, and (II) Signal Processing Within IRDS in the Possession of Third Parties (Defendants' Reply in Support) filed by* Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 04/24/2006) |
| 04/25/2006 | 143 | RESPONSE in Opposition re 114 MOTION *Objections to DIRECTV's Experts' Opinions that the Asserted Claims of the '505 Patent are Invalid for Obviousness filed by* Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 04/25/2006) |
| 04/25/2006 | 144 | RESPONSE in Opposition re 96 MOTION for Summary Judgment *that the '505 Patent is Not Invalid For Obviousness filed by* Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Exhibit 7# 8 Exhibit 8# 9 Exhibit 9)(Heartfield, J) (Entered: 04/25/2006) |
| 04/25/2006 | 145 | RESPONSE in Opposition re 115 MOTION *Objections to DIRECTV's Expert's Opinions Related to Selected "Anticipation References" filed by* Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I) |

CM/ECF LIVE - U.S. District Court:txed - Docket Report                                    Page 24 of 40

|  |  | (Heartfield, J) (Entered: 04/25/2006) |
|---|---|---|
| 04/27/2006 | 146 | MOTION to Strike *the Declarations of Theodore Parsons, David Stiegler, Scott Curtis, Susan Ardis, James Senter, Michael Ireland, Lynn Langley, Donald Mead, Andrew Lippman, Stephen Castell, Charles Neuhauser, and Carol Fleishauer* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D)(Harris, Kirk) (Entered: 04/27/2006) |
| 04/27/2006 | 147 | MOTION to Expedite *Consideration of Plaintiff Finisar Corporation's Motion to Strike the Declarations of Theodore Parsons, David Stiegler, Scott Curtis, Susan Ardis, James Senter, Michael Ireland, Lynn Langley, Donald Mead, Andrew Lippman, Stephen Castell, Charles Neuhauser, and Carol Fleishauer* by Finisar Corporation. (Harris, Kirk) (Entered: 04/27/2006) |
| 04/28/2006 | 148 | ORDER granting 147 Motion to expedite consideration of pltf's motion to strike. DirecTV shall file a response by 5/4/06. Signed by Judge Ron Clark on 4/28/06. (tkd, ) (Entered: 04/28/2006) |
| 04/28/2006 | 149 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [99] SEALED PATENT MOTION *for Partial Summary Judgment of Direct and Literal Infringement of Claim 16 of the '505 Patent* filed by Finisar Corporation. (Veverka, C) (Entered: 04/28/2006) |
| 04/28/2006 | 150 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [108] SEALED PATENT MOTION *for Partial Summary Judgment of Direct and Literal Infringement of Claims 17,22,24, and 26 of the '505 Patent* filed by Finisar Corporation. (Attachments: # (1) Exhibit P)(Veverka, C) (Entered: 04/28/2006) |
| 04/28/2006 | 151 | REPLY to Response to Motion re 106 MOTION for Summary Judgment *and Memorandum in Support, of Invalidity of Claims 16, 17, 22, 24, 25, 26, 39 and 44 of U.S. Patent No. 5,404,505 Based on the Gecsei Textbook* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit A)(Heartfield, J) (Entered: 04/28/2006) |
| 04/28/2006 |  | Pro Hac Vice Filing fee paid by David R Todd; Fee: $25, receipt number: 1-1-2009 (tkd, ) (Entered: 05/01/2006) |
| 04/28/2006 | 154 | APPLICATION to Appear Pro Hac Vice by Attorney David R Todd for Finisar Corporation. (tkd, ) (Entered: 05/01/2006) |
| 05/01/2006 | 152 | REPLY to Response to Motion re [110] SEALED PATENT MOTION *and Memorandum for Summary Judgment that DIRECTV's Purported "Printed Publications" Are Not "Printed Publications" and Therefore Cannot be Used, Either Alone or in Combination, to Render the '505 P atent Invalid filed by Finisar Corporation. (Attachments: # 1 Exhibit A)(Harris, Kirk) (Entered: 05/01/2006)* |
| 05/01/2006 | 153 | NOTICE of Errata by Finisar Corporation re 146 MOTION to Strike *the Declarations of Theodore Parsons, David Stiegler, Scott Curtis, Susan Ardis, James Senter, Michael Ireland, Lynn Langley, Donald Mead, Andrew Lippman, Stephen Castell, Charles Neuhauser, and Carol Fleishauer Notice of Errata* (Harris, Kirk) Modified on 5/1/2006 (tkd, ). (Entered: 05/01/2006) |
| 05/01/2006 | 155 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *of Intent to Offer Certified Records* (Heartfield, J) (Entered: 05/01/2006) |
| 05/01/2006 | 156 | NOTICE by Finisar Corporation *Notice of Intent to Offer Certified Records* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Veverka, C) |

CM/ECF LIVE - U.S. District Court:txed - Docket Report                    Page 25 of 40

| | | (Entered: 05/01/2006) |
|---|---|---|
| 05/02/2006 | 157 | ORDER granting 68 Motion for Summary Judgment of Invalidity of Claims 1, 2, 7, 9, 10, 11 and 37. Signed by Judge Ron Clark on 5/1/06. (tkd, ) (Entered: 05/02/2006) |
| 05/02/2006 | 158 | ORDER sustaining 94 Objection to the Expert Report of Larry R. Leibrock, PhD. He will not be allowed to testify as an expert. Signed by Judge Ron Clark on 5/1/06. (tkd, ) (Entered: 05/02/2006) |
| 05/02/2006 | 159 | MOTION to Strike *DIRECTV's Production of Four Sky Cable Documents* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order # 2 Exhibit A)(Harris, Kirk) (Entered: 05/02/2006) |
| 05/02/2006 | 160 | ORDER on Limitations of Trial Time. Signed by Judge Ron Clark on 5/2/06. (tkd, ) (Entered: 05/02/2006) |
| 05/03/2006 | 161 | NOTICE: Pretrial Conference set for 5/31/2006 10:00 AM in (Beaumont) before Judge Ron Clark. (bca, ) (Entered: 05/03/2006) |
| 05/03/2006 | 162 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *Under 35 U.S.C. 282* (Heartfield, J) (Entered: 05/03/2006) |
| 05/03/2006 | | Pro Hac Vice Filing fee paid by Kevin McBride; Fee: $25, receipt number: 1-1-2043 (tkd, ) (Entered: 05/04/2006) |
| 05/03/2006 | 163 | APPLICATION to Appear Pro Hac Vice by Attorney Kevin G McBride for DirecTV Inc. (tkd, ) (Entered: 05/04/2006) |
| 05/04/2006 | 164 | RESPONSE in Opposition re 159 MOTION to Strike *DIRECTV's Production of Four Sky Cable Documents* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit A# 2 Proposed Order)(Heartfield, J) (Entered: 05/04/2006) |
| 05/04/2006 | 165 | RESPONSE in Opposition re 146 MOTION to Strike *the Declarations of Theodore Parsons, David Stiegler, Scott Curtis, Susan Ardis, James Senter, Michael Ireland, Lynn Langley, Donald Mead, Andrew Lippman, Stephen Castell, Charles Neuhauser, and Carol Fleishauer* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Proposed Order) (Heartfield, J) (Entered: 05/04/2006) |
| 05/04/2006 | 166 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [105] SEALED PATENT MOTION *and Supporting Memorandum for Partial Summary Judgment of Noninfringement as to (I) Information Provided by Third Parties in a Digital Format, and (II) Signal Processing Within IRDS in the Possession of Third Parties Sur-reply Brief in Further Opposition* filed by Finisar Corporation. (Harris, Kirk) (Entered: 05/04/2006) |
| 05/05/2006 | 167 | MOTION to Strike *Certain Declarations of Dr. Gary S. Tjaden and Dr. Charles J. Neuhauser* by Finisar Corporation. (Attachments: # 1 Exhibit 1# 2 Text of Proposed Order)(Harris, Kirk) (Entered: 05/05/2006) |
| 05/05/2006 | 168 | MOTION to Expedite *Plaintiff Finisar Corporation's Motion to Strike Certain Declarations of Dr. Gary S. Tjaden and Dr. Charles J. Neuhauser* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order)(Harris, Kirk) (Entered: 05/05/2006) |
| 05/05/2006 | 169 | REPLY to Response to Motion re 96 MOTION for Summary Judgment *that the '505* |

| | | |
|---|---|---|
| | | *Patent is Not Invalid For Obviousness* filed by Finisar Corporation. (Harris, Kirk) (Entered: 05/05/2006) |
| 05/05/2006 | 170 | REPLY to Response to Motion re 115 MOTION *Objections to DIRECTV's Expert's Opinions Related to Selected "Anticipation References"* filed by Finisar Corporation. (Attachments: # 1 Exhibit A)(Harris, Kirk) (Entered: 05/05/2006) |
| 05/05/2006 | 171 | MOTION for Leave to File Excess Pages by Finisar Corporation. (Attachments: # 1 Text of Proposed Order)(Harris, Kirk) (Entered: 05/05/2006) |
| 05/05/2006 | 172 | SUR-REPLY by DirecTV Inc concerning #110 motion for summary judgment that certain references are not "printed publications" (Attachments: # 1 Declaration of Mary Moeller)(Heartfield, J) Modified on 5/8/2006 (tkd, ). (Entered: 05/05/2006) |
| 05/05/2006 | 173 | SEALED PATENT DOCUMENT *Plaintiff Finisar Corporation's Reply Brief in Further Support of Its Motion to Strike DIRECTV's Production of Four Sky Cable Documents.* (Attachments: # (1) Exhibit A# (2) Exhibit B)(Veverka, C) (Entered: 05/05/2006) |
| 05/07/2006 | 174 | NOTICE by DirecTV Group Inc The *Errata for Defendants' notice under 35 USC section 282 (Docket #162)* (Heartfield, J) (Entered: 05/07/2006) |
| 05/08/2006 | 175 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *Defendants' Video Deposition Designations* (Heartfield, J) (Entered: 05/08/2006) |
| 05/08/2006 | 176 | NOTICE by Finisar Corporation *Deposition Designations* (Harris, Kirk) (Entered: 05/08/2006) |
| 05/08/2006 | 178 | Minute Entry for proceedings held before Judge Ron Clark : Motion hearing held on 5/8/2006. Case set for trial June, 2006. (Court Reporter Chris Bickham.) (bca, ) (Entered: 05/11/2006) |
| 05/09/2006 | 177 | ORDER Disposing of Pending Motions and Objections. Order denying [99] Motion for summary judgment on direct and literal infringement of claim 16. Order denying [105] Motion for summary judgment of noninfringement. Order denying [108] Motion for summary judgment on direct and literal infringement of claims 17, 22, 24 and 26. Order denying as moot [110] Motion for summary judgment that printed publications are not "printed publications". Order sustaining in part 114 Motion/Objections to Tjaden and Neuhauser's expert reports that claims are invalid for obviousness. Order denying without prejudice 115 Motion/Objections to expert opinions related to selected "anticipation references". Order denying as moot 146 Motion to Strike Declarations. Order denying 159 Motion to Strike DirecTV's production of four sky cable documents. Order denying as moot without prejudice 167 Motion to Strike certain declarations of Tjaden and Neuhauser. Order denying as moot 168 Motion to Expedite. Order granting 171 Motion for Leave to File Excess Pages. Signed by Judge Ron Clark on 5/9/06. (tkd, ) (Entered: 05/09/2006) |
| 05/11/2006 | 179 | ORDER sustaining 115 Finisar's Objection to the Viewdata 80 reference being used as a single reference. Signed by Judge Ron Clark on 5/11/06. (tkd, ) (Entered: 05/12/2006) |
| 05/12/2006 | 180 | TRANSCRIPT of Pretrial Hearing held on 5/8/2006 before Judge Ron Clark. Court Reporter: C Bickham (119 pages). (tkd, ) (Entered: 05/12/2006) |
| 05/15/2006 | 181 | MOTION in Limine *to Exclude Evidence Concerning Jones Day's or Heartfield & McGinnis' Previous Retention of Roy Griffin, Brian Napper and Any Other Experts Retained in Prior Matters* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1# 2 Proposed Order)(Heartfield, J) (Entered: 05/15/2006) |

| 05/15/2006 | 182 | SEALED PATENT MOTION *in Limine to Exclude Any Reference to Levinson's Purported "5/85" Compilation of Notes* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # (1) Exhibit 1 - Heartfield Declaration# (2) Exhibit A to Heartfield Declaration# (3) Exhibit B to Heartfield Declaration - part 1 of 2# (4) Exhibit B to Heartfield Declaration - part 2 of 2# (5) Exhibit C to Heartfield Declaration# (6) Exhibit D to Heartfield Declaration# (7) Exhibit E to Heartfield Declaration# (8) Proposed Order)(Heartfield, J) (Entered: 05/15/2006) |
|---|---|---|
| 05/15/2006 | 183 | MOTION in Limine *and Brief to Preclude Any Testimony at Trial From Matt LaPray, Eddie Van Huis, Norma Heirtzler, Danny Phillips, Russ Waddill, Eleana Swanton, and/or Charles Gee* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5# 6 Exhibit 6# 7 Proposed Order)(Heartfield, J) (Entered: 05/15/2006) |
| 05/15/2006 | 184 | MOTION in Limine *and Memorandum in Support Thereof to Exclude Evidence Concerning the Conduct of Third Parties With Respect to Infringement* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 05/15/2006) |
| 05/15/2006 | 185 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC re 176 Notice (Other) *Defendants' (1) Objections to Plaintiff's Deposition Designations and (2) Counter-Designations* (Heartfield, J) (Entered: 05/15/2006) |
| 05/15/2006 | 186 | MOTION in Limine *to Exclude Reference to Any of the Claims Invalidated as Indefinite* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order)(Veverka, C) (Entered: 05/15/2006) |
| 05/15/2006 | 187 | Proposed Pretrial Order *[Joint]* by Finisar Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D)(Laycock, Larry) (Entered: 05/15/2006) |
| 05/15/2006 | 188 | MOTION in Limine *to Exclude the Testimony of Late-Disclosed Prior Art Witnesses* by Finisar Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Text of Proposed Order)(Harris, Kirk) (Entered: 05/15/2006) |
| 05/15/2006 | 189 | SEALED PATENT MOTION *in Limine to Preclude Testimony at Trial of the Existence of any Exculpatory Opinions of Counsel Not Disclosed Pursuant to P.R. 3-8* by Finisar Corporation. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Text of Proposed Order)(Harris, Kirk) (Entered: 05/15/2006) |
| 05/15/2006 | 190 | NOTICE by Finisar Corporation *of Service of Objections and Counter Deposition Designations* (Harris, Kirk) (Entered: 05/15/2006) |
| 05/16/2006 | 191 | NOTICE by Finisar Corporation *of Revised Exhibits B and D to the Joint Final Pretrial Order* (Harris, Kirk) (Entered: 05/16/2006) |
| 05/16/2006 | | Pro Hac Vice Filing fee paid by Yolanda Orozco; Fee: $25, receipt number: 1-1-2091 (tkd, ) (Entered: 05/17/2006) |
| 05/16/2006 | 194 | APPLICATION to Appear Pro Hac Vice by Attorney Yolanda Orozco for DirecTV Holdings LLC; DirecTV Enterprises LLC; DirecTV Operations LLC; DirecTV Inc and DirecTV Group Inc The. (tkd, ) (Entered: 05/17/2006) |
| 05/17/2006 | 192 | NOTICE: Hearing on Pre-trial Motions set for 5/30/2006 09:00 AM in (Beaumont) before Judge Ron Clark. (bca, ) (Entered: 05/17/2006) |
| 05/17/2006 | 193 | NOTICE: Jury Selection & Trial set for 6/12/2006 09:00 AM in (Beaumont) before |

| | | Judge Ron Clark. (bca, ) (Entered: 05/17/2006) |
|---|---|---|
| 05/17/2006 | 195 | ORDER overruling 114 Objections to DIRECTV's Experts' Opinions that the Asserted Claims of the '505 Patent are Invalid for Obviousness. Order also denying 96 MOTION for Summary Judgment that the '505 Patent is Not Invalid For Obviousness. Signed by Judge Ron Clark on 5/17/06. (tkd, ) (Entered: 05/18/2006) |
| 05/19/2006 | 196 | SEALED PATENT MOTION *and Memorandum to Strike the Second Supplemental Report of Finisar's Expert Brian W. Napper and to Exclude Any Related Testimony* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # (1) Exhibits A-D# (2) Proposed Order)(Heartfield, J) (Entered: 05/19/2006) |
| 05/19/2006 | 197 | SEALED PATENT MOTION *and Memorandum to Strike the Supplemental Expert Reports of Roy Griffin, Dr. Ray Nettleton, and Doug Eaton or, in the Alternative, to Allow DIRECTV to Rebut the New Opinions and Analysis at Trial* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # (1) Exhibits A-D# (2) Proposed Order)(Heartfield, J) (Entered: 05/19/2006) |
| 05/19/2006 | 198 | MOTION to Expedite *Consideration of Defendants' 1) Motion to Strike the Second Supplemental Expert Report of Finisar's Expert Brian W. Napper and to Exclude Any Related Testimony; and 2) Motion to Strike the Supplemental Expert Reports of Roy Griffin, Dr. Ray Nettleton, and Doug Eaton or, in the Alternative to Allow DIRECTV to Rebut the New Opinions and Analysis at Trial* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 05/19/2006) |
| 05/19/2006 | 199 | RESPONSE in Opposition re 184 MOTION in Limine *and Memorandum in Support Thereof to Exclude Evidence Concerning the Conduct of Third Parties With Respect to Infringement* filed by Finisar Corporation. (Attachments: # 1 Exhibit A# 2 Text of Proposed Order)(Ford, Mark) (Entered: 05/19/2006) |
| 05/22/2006 | 200 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *Defendant' Objections to Plaintiff's Category "A" Exhibits* (Heartfield, J) (Entered: 05/22/2006) |
| 05/22/2006 | 201 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *Defendants' Objections to Plaintiff's Witness List and Objections to Plaintiff's Counter Deposition Designations* (Heartfield, J) (Entered: 05/22/2006) |
| 05/22/2006 | 202 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [189] SEALED PATENT MOTION *in Limine to Preclude Testimony at Trial of the Existence of any Exculpatory Opinions of Counsel Not Disclosed Pursuant to P.R. 3-8 and Cross-Motion in Limine to Preclude Finisar From Referring to, or Using in Any Way, Privileged Work Product Materials of the Zimmerman Firm That Were Not Communicated to DIRECTV* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # (1) Declaration of Allan W. Jansen# (2) Exhibits to Jansen Declaration)(Heartfield, J) (Entered: 05/22/2006) |
| 05/22/2006 | 203 | **FILING ERROR. This is a response to #182 Motion in Limine, not a motion.** SEALED PATENT MOTION *in Limine to Exclude Any Reference to Levinson's 5/85 Compilation of Notes* by Finisar Corporation. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Text of Proposed Order)(Veverka, C) Modified on 5/22/2006 (tkd, ). (Entered: |

| | | |
|---|---|---|
| | | 05/22/2006) |
| 05/22/2006 | 204 | Cross SEALED PATENT MOTION *in Limine to Preclude Finisar From Referring to, or Using in Any Way, Privileged Work Product Materials of the Zimmerman Firm That Were Not Communicated to DIRECTV* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # (1) Declaration of Allan W. Jansen# (2) Exhibits to Jansen Declaration# (3) Proposed Order)(Heartfield, J) (Entered: 05/22/2006) |
| 05/22/2006 | 205 | RESPONSE in Opposition re 186 MOTION in Limine *to Exclude Reference to Any of the Claims Invalidated as Indefinite* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Proposed Order) (Heartfield, J) (Entered: 05/22/2006) |
| 05/22/2006 | 206 | NOTICE by Finisar Corporation *of Errata* (Veverka, C) (Entered: 05/22/2006) |
| 05/22/2006 | 207 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re 183 MOTION in Limine *and Brief to Preclude Any Testimony at Trial From Matt LaPray, Eddie Van Huis, Norma Heirtzler, Danny Phillips, Russ Waddill, Eleana Swanton, and/or Charles Gee* filed by Finisar Corporation, Finisar Corporation. (Attachments: # (1) Exhibit 1 - 8# (2) Exhibit 9# (3) Exhibit 10# (4) Text of Proposed Order)(Hall, Heber) (Entered: 05/22/2006) |
| 05/22/2006 | 208 | RESPONSE in Opposition re 181 MOTION in Limine *to Exclude Evidence Concerning Jones Day's or Heartfield & McGinnis' Previous Retention of Roy Griffin, Brian Napper and Any Other Experts Retained in Prior Matters* filed by Finisar Corporation. (Harris, Kirk) (Entered: 05/22/2006) |
| 05/22/2006 | 209 | Proposed Jury Instructions by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Jury Instructions - part 2 of 3# 2 Jury Instructions - part 3 of 3) (Heartfield, J) (Entered: 05/22/2006) |
| 05/22/2006 | 210 | NOTICE by Finisar Corporation re 208 Response in Opposition to Motion, *Declaration of Mark W. Ford In Support Of Plaintiff Finisar Corporation's Memorandum Opposition To Defendants' Motion In Limine To Exclude Evidence Concerning Jones Day's Or Heartfield & Mcginnis' Previous Retention Of Roy Griffin, Brian Napper And Any Other Experts Retained In Prior Matters* (Attachments: # 1 Exhibit 1)(Harris, Kirk) (Entered: 05/22/2006) |
| 05/22/2006 | 211 | RESPONSE in Opposition re 188 MOTION in Limine *to Exclude the Testimony of Late-Disclosed Prior Art Witnesses* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1# 2 Exhibit 2# 3 Exhibit 3# 4 Exhibit 4# 5 Exhibit 5)(Heartfield, J) (Entered: 05/22/2006) |
| 05/22/2006 | 212 | NOTICE by Finisar Corporation *of Objections to DIRECTV's Counter Deposition Designations* (Harris, Kirk) (Entered: 05/22/2006) |
| 05/22/2006 | 213 | NOTICE by Finisar Corporation *of Objections to Defendants' Witness List and Category A Trial Exhibits* (Attachments: # 1 Exhibit A# 2 Exhibit B)(Harris, Kirk) (Entered: 05/22/2006) |
| 05/22/2006 | 214 | NOTICE by Finisar Corporation *of Filing of Finisar's Proposed Special Verdict Form* (Freeman, R) (Entered: 05/22/2006) |
| 05/22/2006 | 215 | Proposed Jury Instructions by Finisar Corporation. (Freeman, R) (Entered: 05/22/2006) |
| 05/22/2006 | 216 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, |

| | | |
|---|---|---|
| | | DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *Defendant/Counterclaim-Plaintiffs' Proposed Jury Verdict Form* (Heartfield, J) (Entered: 05/22/2006) |
| 05/25/2006 | 217 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [204] Cross SEALED PATENT MOTION *in Limine to Preclude Finisar From Referring to, or Using in Any Way, Privileged Work Product Materials of the Zimmerman Firm That Were Not Communicated to DIRECTV* filed by Finisar Corporation. (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 3)(Veverka, C) (Entered: 05/25/2006) |
| 05/25/2006 | 218 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [197] SEALED PATENT MOTION *and Memorandum to Strike the Supplemental Expert Reports of Roy Griffin, Dr. Ray Nettleton, and Doug Eaton or, in the Alternative, to Allow DIRECTV to Rebut the New Opinions and Analysis at Trial* filed by Finisar Corporation, Finisar Corporation. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Exhibit F# (7) Exhibit G - H# (8) Exhibit I# (9) Exhibit J# (10) Exhibit K# (11) Text of Proposed Order)(Hall, Heber) (Entered: 05/25/2006) |
| 05/25/2006 | 219 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [196] SEALED PATENT MOTION *and Memorandum to Strike the Second Supplemental Report of Finisar's Expert Brian W. Napper and to Exclude Any Related Testimony* filed by Finisar Corporation, Finisar Corporation. (Attachments: # (1) Exhibit A - F# (2) Exhibit G - H# (3) Text of Proposed Order)(Hall, Heber) (Entered: 05/25/2006) |
| 05/26/2006 | 220 | NOTICE by Finisar Corporation, Finisar Corporation *of Withdrawal of Deposition Designation Ojections* (Hall, Heber) (Entered: 05/26/2006) |
| 05/26/2006 | 221 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *Defendants' Revised Objections to Plaintiff's Category "A" Exhibits* (Heartfield, J) (Entered: 05/26/2006) |
| 05/26/2006 | 222 | SEALED PATENT REPLY to Response to PATENT Motion re [182] SEALED PATENT MOTION *in Limine to Exclude Any Reference to Levinson's Purported "5/85" Compilation of Notes* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 05/26/2006) |
| 05/26/2006 | 223 | REPLY to Response to Motion re 184 MOTION in Limine *and Memorandum in Support Thereof to Exclude Evidence Concerning the Conduct of Third Parties With Respect to Infringement* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 05/26/2006) |
| 05/26/2006 | 224 | APPLICATION to Appear Pro Hac Vice by Attorney Allan W Jansen for DirecTV Inc. (bjc, ) (Entered: 05/26/2006) |
| 05/26/2006 | | Pro Hac Vice Filing fee paid ; Fee: $25, receipt number: 1-1-2166 (bjc, ) (Entered: 05/26/2006) |
| 05/26/2006 | 225 | SEALED PATENT REPLY to Response to PATENT Motion re [197] SEALED PATENT MOTION *and Memorandum to Strike the Supplemental Expert Reports of Roy Griffin, Dr. Ray Nettleton, and Doug Eaton or, in the Alternative, to Allow DIRECTV to Rebut the New Opinions and Analysis at Trial* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 05/26/2006) |
| 05/26/2006 | 226 | SEALED PATENT REPLY to Response to PATENT Motion re [196] SEALED PATENT MOTION *and Memorandum to Strike the Second Supplemental Report of* |

| | | |
|---|---|---|
| | | *Finisar's Expert Brian W. Napper and to Exclude Any Related Testimony* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 05/26/2006) |
| 05/26/2006 | 227 | NOTICE by Finisar Corporation *of Revised Objections to DIRECTV's Category "A" Exhibits* (Veverka, C) (Entered: 05/26/2006) |
| 05/26/2006 | 228 | REPLY to Response to Motion re 183 MOTION in Limine *and Brief to Preclude Any Testimony at Trial From Matt LaPray, Eddie Van Huis, Norma Heirtzler, Danny Phillips, Russ Waddill, Eleana Swanton, and/or Charles Gee* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit 1)(Heartfield, J) (Entered: 05/26/2006) |
| 05/26/2006 | 229 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC *Defendants' Revised Objections to Plaintiff's Deposition Designations Following Meet and Confer* (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E)(Heartfield, J) (Entered: 05/26/2006) |
| 05/26/2006 | 230 | REPLY to Response to Motion re 181 MOTION in Limine *to Exclude Evidence Concerning Jones Day's or Heartfield & McGinnis' Previous Retention of Roy Griffin, Brian Napper and Any Other Experts Retained in Prior Matters* filed by Hughes Network Systems Inc, DirecTV Inc, Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Mullin, Marsha) (Entered: 05/26/2006) |
| 05/26/2006 | 231 | REPLY to Response to Motion re 181 MOTION in Limine *to Exclude Evidence Concerning Jones Day's or Heartfield & McGinnis' Previous Retention of Roy Griffin, Brian Napper and Any Other Experts Retained in Prior Matters ; Objections to the Declaration of Mark W. Ford Submitted in Opposition to Motion* filed by Hughes Network Systems Inc, DirecTV Inc, Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Mullin, Marsha) (Entered: 05/26/2006) |
| 05/29/2006 | 232 | NOTICE by Finisar Corporation re 216 Notice (Other) *Finisar's Objections to DIRECTV's Proposed Verdict Form* (Hall, Heber) (Entered: 05/29/2006) |
| 05/29/2006 | 233 | NOTICE by Finisar Corporation re 209 Proposed Jury Instructions, *Finisar's Objections to DIRECTV's Proposed Jury Instructions* (Hall, Heber) (Entered: 05/29/2006) |
| 05/30/2006 | 236 | Minute Entry for proceedings held before Judge Ron Clark: MOTION HEARING held on 5/30/2006 re 198 MOTION to Expedite Consideration of Motions to Strike, 188 MOTION in Limine, 181 MOTION in Limine, [189] SEALED PATENT MOTION in Limine, [182] SEALED PATENT MOTION in Limine, [204] Cross SEALED PATENT MOTION in Limine, [197] SEALED PATENT MOTION to Strike, 183 MOTION in Limine, 184 MOTION in Limine and 186 MOTION in Limine. (Court Reporter Chris Bickham.) (bca, ) Modified on 6/7/2006 (tkd, ). (Entered: 06/02/2006) |
| 05/30/2006 | | ORAL ORDER denying 181 Motion in Limine, granting in part and denying in part [182] Sealed Patent Motion, granting 183 Motion in Limine, granting in part and denying in part 184 Motion in Limine, granting 186 Motion in Limine, granting in part and denying in part 188 Motion in Limine, granting in part and denying in part [189] Sealed Patent Motion, granting in part and denying in part [197] Sealed Patent Motion, granting 198 Motion to Expedite, granting in part and denying in part [204] Sealed |

CM/ECF LIVE - U.S. District Court:txed - Docket Report                    Page 32 of 40

| | | |
|---|---|---|
| | | Patent Motion. Entered by Judge Ron Clark on 05/30/2006. (bca, ) (Entered: 06/02/2006) |
| 05/31/2006 | 234 | SEALED PATENT DOCUMENT *Finisar's Submission of Supplemental Information Regarding TIVO Agreement Pursuant to the Court's Request at 5/30/06 Pretrial Conference.* (Attachments: # (1) Exhibit A - Part 1# (2) Exhibit A - Part 2# (3) Exhibit B# (4) Exhibit C# (5) Exhibit D# (6) Exhibit E)(Hall, Heber) (Entered: 05/31/2006) |
| 05/31/2006 | 235 | Exhibit List *(First Amended)* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC.. (Attachments: # 1 Amended Exhibit List - part 2 of 3# 2 Amended Exhibit List - part 3 of 3)(Heartfield, J) (Entered: 05/31/2006) |
| 06/02/2006 | 237 | SEALED PATENT RESPONSE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC to [234] Sealed Patent Document, *Defendants' Response to Finisar's Submission of Supplemental Information Regarding TiVo Agreement Pursuant to the Court's Request at 05/30/06 Pretrial.* (Attachments: # (1) Exhibit A# (2) Exhibit B - part 1 of 2# (3) Exhibit B - part 2 of 2)(Heartfield, J) (Entered: 06/02/2006) |
| 06/05/2006 | 239 | TRANSCRIPT of Pretrial Hearing held on May 30, 2006 before Judge Ron Clark. Court Reporter: C Bickham (119 pages). (tkd, ) (Entered: 06/05/2006) |
| 06/05/2006 | 240 | NOTICE by Finisar Corporation, Finisar Corporation re 235 Exhibit List, *Finisar's Objections to New DIRECTV Exhibits and Explanations for Finisar's Objections to DIRECTV's Exhibits* (Attachments: # 1 Exhibit A)(Hall, Heber) (Entered: 06/05/2006) |
| 06/06/2006 | 241 | JOINT FINAL PRE-TRIAL ORDER. Signed by Judge Ron Clark on 6/6/06. (tkd, ) (Entered: 06/07/2006) |
| 06/07/2006 | 242 | ORDER on 227 Revised Objections to DirecTV's Category "A" Exhibits filed by Finisar Corporation. Signed by Judge Ron Clark on 6/7/06. (tkd, ) (Entered: 06/07/2006) |
| 06/07/2006 | 243 | ORDER on 221 Revised Objections to Plaintiff's Category "A" Exhibits filed by DirecTV Inc, et al. Signed by Judge Ron Clark on 6/7/06. (tkd, ) (Entered: 06/07/2006) |
| 06/07/2006 | 244 | Exhibit List *(Second Amended)* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC.. (Attachments: # 1 Defendants' Second Amended Exhibit List - part 2)(Heartfield, J) (Entered: 06/07/2006) |
| 06/07/2006 | 245 | SEALED PATENT MOTION *to Strike MPEG-2 License Agreements* by Finisar Corporation. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Text of Proposed Order)(Hall, Heber) (Entered: 06/07/2006) |
| 06/07/2006 | 246 | MOTION to Expedite *Consideration of Plaintiff's Objections and Motion to Strike MPEG-2 License Agreements* by Finisar Corporation. (Attachments: # 1 Text of Proposed Order)(Hall, Heber) (Entered: 06/07/2006) |
| 06/09/2006 | 247 | Exhibit List *(Third Amended)* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC.. (Attachments: # 1 Certificate of Service)(Heartfield, J) (Entered: 06/09/2006) |
| 06/09/2006 | 248 | MOTION to Strike *for Cause any Potential Jurors who are or have been DIRECTV Subscribers* by Finisar Corporation, Finisar Corporation. (Attachments: # 1 Text of Proposed Order)(Hall, Heber) (Entered: 06/09/2006) |
| 06/09/2006 | 249 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [245] SEALED PATENT MOTION *to Strike MPEG-2 License Agreements* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # (1) Exhibit 1# (2) Exhibit |

| | | |
|---|---|---|
| | | 2# (3) Exhibit 3# (4) Exhibit 4)(Heartfield, J) (Entered: 06/09/2006) |
| 06/09/2006 | 250 | MOTION That Proposed Questions be Included in Judge Clark's Voir Dire Examination by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit A# 2 Proposed Order)(Heartfield, J) (Entered: 06/09/2006) |
| 06/09/2006 | 251 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC re 247 Exhibit List (Attachments: # 1 Corrected page 39)(Heartfield, J) (Entered: 06/09/2006) |
| 06/09/2006 | 252 | **FILING ERROR. This is a brief, not a motion.** <br> SEALED PATENT MOTION *Supplemental Brief on the Issue of Corroboration and the Admissibility of Dr. Levinson's "5/85" Notes* by Finisar Corporation. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Exhibit F# (7) Exhibit G# (8) Exhibit H# (9) Exhibit I# (10) Exhibit J)(Veverka, C) Modified on 6/13/2006 (tkd, ). (Entered: 06/09/2006) |
| 06/09/2006 | 253 | Exhibit List *Amended* by Finisar Corporation.. (Ford, Mark) (Entered: 06/09/2006) |
| 06/10/2006 | 254 | SEALED PATENT REPLY to Response to PATENT Motion re [245] SEALED PATENT MOTION *to Strike MPEG-2 License Agreements* filed by Finisar Corporation. (Hall, Heber) (Entered: 06/10/2006) |
| 06/10/2006 | 255 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC re 253 Exhibit List - *Defendants' Objections to Finisar Exhibits Moved From Finisar's "B" List to its "A" List* (Heartfield, J) (Entered: 06/10/2006) |
| 06/10/2006 | 256 | RESPONSE in Opposition re 248 MOTION to Strike *for Cause any Potential Jurors who are or have been DIRECTV Subscribers* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 06/10/2006) |
| 06/10/2006 | 257 | Exhibit List *(Second Amended Category "A" Exhibits)* by Finisar Corporation.. (Ford, Mark) (Entered: 06/10/2006) |
| 06/11/2006 | 258 | Exhibit List *(Continuation of Third Amended)* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC.. (Heartfield, J) (Entered: 06/11/2006) |
| 06/11/2006 | 259 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [245] SEALED PATENT MOTION *to Strike MPEG-2 License Agreements (Defendants' Sur-Reply)* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 06/11/2006) |
| 06/11/2006 | 260 | RESPONSE to Motion re [252] SEALED PATENT MOTION *Supplemental Brief on the Issue of Corroboration and the Admissibility of Dr. Levinson's "5/85" Notes* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Certificate of Service)(Heartfield, J) (Entered: 06/11/2006) |
| 06/12/2006 | 265 | Minute Entry for proceedings held before Judge Ron Clark: Jury Selection and 1st Day Jury Trial held on 6/12/2006. Jury Selected - 10 Jurors. Testimony heard and evidence entered. (Court Reporter Chris Bickham.) (rll) (Entered: 06/16/2006) |
| 06/12/2006 | | ORAL ORDER for reasons stated on the record the Court denied [245] Sealed Patent Motion, denying 246 Motion to Expedite, denying 248 Motion to Strike, denying 250 |

| | | |
|---|---|---|
| | | Motion . Entered by Judge Ron Clark on 6/12/06. (bca, ) (Entered: 06/19/2006) |
| 06/13/2006 | 261 | SEALED PATENT MOTION *to Strike the Supplemental Expert Report of Richard L. Donaldson* by Finisar Corporation. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Text of Proposed Order)(Hall, Heber) (Entered: 06/13/2006) |
| 06/13/2006 | 266 | Minute Entry for proceedings held before Judge Ron Clark: Jury Trial - 2nd Day held on 6/13/2006. The Court heard testimony from witnesses Dr. Frank Levinson, Jerry Rawls, Mark Sausville. The Ct also received testimony via video deposition from Anthony Leone, Carole Abney, James Butterworth, Peter Klauss, Robert Rothaus and Hanno Basse. Evidence entered, continued to next day. (Court Reporter Chris Bickham.) (rll, ) (Entered: 06/16/2006) |
| 06/14/2006 | 262 | MOTION to Expedite *Consideration of Plaintiff's Motion to Strike the Supplemental Expert Report of Richard L. Donaldson* by Finisar Corporation. (Hall, Heber) (Entered: 06/14/2006) |
| 06/14/2006 | 288 | SEALED Jury Note #1. (bca, ) (Entered: 06/27/2006) |
| 06/15/2006 | 289 | SEALED Jury Note #2. (bca, ) (Entered: 06/27/2006) |
| 06/16/2006 | 263 | Exhibit List *(Second Continuation of Third Amended)* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC.. (Heartfield, J) (Entered: 06/16/2006) |
| 06/16/2006 | 264 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [261] SEALED PATENT MOTION *to Strike the Supplemental Expert Report of Richard L. Donaldson* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # (1) Declaration of Maria Nelson# (2) Exhibit A to Nelson Declaration# (3) Exhibit B to Nelson Declaration# (4) Exhibit C to Nelson Declaration)(Heartfield, J) (Entered: 06/16/2006) |
| 06/16/2006 | 267 | Minute Entry for proceedings held before Judge Ron Clark: Jury Trial - 3rd Day held on 6/16/2006. The Court heard testimony from Hanno Basse, Roy Griffin, James Flight; via video, Tam Liminh; via video, Janet Williamson; via video, and Brian Napper. Evidence received and entered. Trial to continue next day. (Court Reporter Chris Bickham.) (rll) (Entered: 06/16/2006) |
| 06/16/2006 | 268 | Minute Entry for proceedings held on 6/16/2006 before Judge Ron Clark: 4th Day Jury Trial. Evidence received and entered. The Ct received testimony from witnesses: Brian Napper, Roy Griffin on behalf of Finisar Corporation. The pltf conditionally REST. Testimony received from witnesses Theresa Ferguson, Frank Hironaka, and Richard Purpura for deft DirecTV Group. (Court Reporter Chris Bickham.) (rll) (Entered: 06/16/2006) |
| 06/16/2006 | 269 | Minute Entry for proceedings held before Judge Ron Clark: Jury Trial - 5th Day held on 6/16/2006. Defense witnesses Robert Arsenault and Martin Rinard testify. Evidence received and entered, trial will continue 6/19/2006. (Court Reporter Chris Bickham.) (rll) (Entered: 06/16/2006) |
| 06/16/2006 | 272 | APPLICATION to Appear Pro Hac Vice by Attorney Maria K Nelson for DirecTV Group Inc The. (bjc, ) (Entered: 06/19/2006) |
| 06/16/2006 | | Pro Hac Vice Filing fee paid by Maria K Nelson; Fee: $25, receipt number: 1-1-2275 (bjc, ) (Entered: 06/19/2006) |
| 06/17/2006 | 270 | Exhibit List *(Continuation of Category "A" Exhibits)* by Finisar Corporation.. (Ford, Mark) (Entered: 06/17/2006) |
| | | |

CM/ECF LIVE - U.S. District Court:txed - Docket Report                    Page 35 of 40

| | | |
|---|---|---|
| 06/18/2006 | 271 | REPLY to Response to Motion re [261] SEALED PATENT MOTION *to Strike the Supplemental Expert Report of Richard L. Donaldson* filed by Finisar Corporation, Finisar Corporation. (Hall, Heber) (Entered: 06/18/2006) |
| 06/19/2006 | | ORAL ORDER for the reasons stated on the record, denying [261] Sealed Patent Motion, denying as moot 262 Motion to Expedite . Entered by Judge Ron Clark on 06/19/06. (bca, ) (Entered: 06/19/2006) |
| 06/19/2006 | 279 | Minute Entry for proceedings held before Judge Ron Clark : Jury Trial 6th day held on 6/19/2006. (Court Reporter Chris Bickham.) (bca, ) (Entered: 06/20/2006) |
| 06/20/2006 | 273 | NOTICE by Finisar Corporation *(Continuation of Category "A" Exhibits as of 6/19/06)* (Ford, Mark) (Entered: 06/20/2006) |
| 06/20/2006 | 275 | Exhibit List *(Third Continuation of Third Amended)* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC.. (Heartfield, J) (Entered: 06/20/2006) |
| 06/20/2006 | 276 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC re 209 Proposed Jury Instructions, *Defendants' Revisions to Final Proposed Jury Instructions* (Attachments: # 1 Exhibits A - J)(Heartfield, J) (Entered: 06/20/2006) |
| 06/20/2006 | 277 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC re 215 Proposed Jury Instructions - *Defendants' Objections to Plaintiff Finisar Corporation's Proposed Jury Instructions* (Heartfield, J) (Entered: 06/20/2006) |
| 06/20/2006 | 278 | MOTION for Judgment as a Matter of Law *With Respect to Plaintiff's Case-in-Chief* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 06/20/2006) |
| 06/20/2006 | 280 | APPLICATION to Appear Pro Hac Vice by Attorney Charles A Kertell for DirecTV Group Inc The. (aam, ) (Entered: 06/21/2006) |
| 06/20/2006 | | Pro Hac Vice Filing fee paid by Charles Dertell; Fee: $25, receipt number: 1-1-2304 (aam, ) (Entered: 06/21/2006) |
| 06/20/2006 | 281 | Minute Entry for proceedings held before Judge Ron Clark : Jury Trial 7th day held on 6/20/2006. (Court Reporter Chris Bickham.) (bca, ) (Entered: 06/21/2006) |
| 06/20/2006 | | ORAL ORDER, for reasons stated on the record the Court denied without prejudice, [274] Motion. Entered by Judge Ron Clark on 06/20/06. (bca, ) (Entered: 06/21/2006) |
| 06/21/2006 | 282 | APPLICATION to Appear Pro Hac Vice by Attorney Gregory A Castanias for DirecTV Holdings LLC; DirecTV Enterprises LLC; DirecTV Operations LLC; DirecTV Inc and DirecTV Group Inc The. (aam, ) (Entered: 06/21/2006) |
| 06/21/2006 | | Pro Hac Vice Filing fee paid by Gregory A Castanias; Fee: $25, receipt number: 1-1-2312 (aam, ) (Entered: 06/21/2006) |
| 06/21/2006 | 283 | SEALED PATENT DOCUMENT *Defendants' Offer of Proof re Testimony of John A. Crook.* (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Exhibit F# (7) Exhibit G# (8) Exhibit H# (9) Exhibit I# (10) Exhibit J# (11) Exhibit K# (12) Exhibit L# (13) Exhibit M# (14) Exhibit N# (15) Defendants' Trial Exhibit 300# (16) Defendants' Trial Exhibit 301)(Heartfield, J) (Entered: 06/21/2006) |
| 06/21/2006 | 286 | Minute Entry for proceedings held before Judge Ron Clark : Jury Trial 8th day held on 6/21/2006. (Court Reporter Chris Bickham.) (bca, ) (Entered: 06/22/2006) |

| 06/22/2006 | 284 | NOTICE by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC - *Defendants' Offer of Proof With Respect to References Excluded From Use at Trial and Declarations Relevant to References* (Heartfield, J) TWO BOXES OF SEALED EXHIBITS LOCATED IN VAULT IN CLERKS OFFICE (Entered: 06/22/2006) |
|---|---|---|
| 06/22/2006 | 285 | MOTION for Judgment as a Matter of Law *With Respect to Defendants' Affirmative Defenses of Laches and Invalidity* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 06/22/2006) |
| 06/22/2006 | 287 | Minute Entry for proceedings held before Judge Ron Clark : Jury Trial 9th day held on 6/22/2006. Pltf. & Dft. Rested. Jury began deliberations. (Court Reporter Chris Bickham.) (bca, ) (Entered: 06/23/2006) |
| 06/22/2006 | 291 | SEALED Jury Notes #3-5. (bca, ) (Entered: 06/28/2006) |
| 06/23/2006 | 290 | Minute Entry for proceedings held before Judge Ron Clark : Jury Trial 10th day held on 6/23/2006. Jury returned verdict for the pltf, Finisar Corp. (Court Reporter Chris Bickham.) (bca, ) (Entered: 06/27/2006) |
| 06/23/2006 | 292 | SEALED Jury Note #6. (bca, ) (Entered: 06/28/2006) |
| 06/23/2006 | 293 | Jury Instructions. (bca, ) (Entered: 06/28/2006) |
| 06/23/2006 | 294 | JURY VERDICT. (bca, ) (Entered: 06/28/2006) |
| 06/23/2006 | 314 | Plaintiff Witness List by Finisar Corporation. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 315 | Exhibit List by Finisar Corporation.. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 316 | Witness List by DirecTV Inc. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 317 | Exhibit List by DirecTV Inc. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 319 | Deposition of Robert J. Rothaus. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 320 | Deposition Exhibits of Robert J. Rothaus. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 321 | Deposition of Anthony Leone, Ph. D. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 322 | Deposition of Carole Abney. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 323 | Deposition of James Arthur Flight. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 324 | Deposition of Janet L. Williamson. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 325 | Deposition Exhibits (vol. I) of Janet L. Williamson. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 326 | Deposition Exhibits (vol II) of Janet L. Williamson. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 327 | Deposition of Hanno Basse (Dated 4-10-2006). (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 328 | Deposition of Hanno Basse (Dated 2-22-06). (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 329 | Deposition of Tam Leminh. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 330 | Deposition of Eddy Hartenstein. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 331 | Deposition of James Butterworth. (bca, ) (Entered: 07/07/2006) |
| 06/23/2006 | 332 | Deposition of Peter M. Klauss. (bca, ) (Entered: 07/07/2006) |

CM/ECF LIVE - U.S. District Court:txed - Docket Report                    Page 37 of 40

| 06/28/2006 | 295 | TRIAL BRIEF - *Defendants' Post-Trial Brief Regarding an Injunction, Enhanced Damages, and Attorneys' Fees and Costs* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 06/28/2006) |
|---|---|---|
| 06/28/2006 | 296 | SEALED PATENT MOTION *Memorandum of Points and Authorities in Support of Plaintiff Finisar's Motion for (1) a Permanent Injunction; (2) Compulsory Licensing Fees; (3) Attorneys' Fees; (4) Enhanced Damages; (5) Pre-Judgment and Post-Judgment Interest; and (6) a Finding that Finisar Has Not Committed Laches* by Finisar Corporation. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D# (5) Exhibit E# (6) Exhibit F# (7) Exhibit G# (8) Exhibit H# (9) Exhibit I# (10) Exhibit J# (11) Exhibit K# (12) Exhibit L)(Harris, Kirk) (Entered: 06/28/2006) |
| 06/29/2006 | 297 | NOTICE of Hearing on Motion [296] SEALED PATENT MOTION *Memorandum of Points and Authorities in Support of Plaintiff Finisar's Motion for (1) a Permanent Injunction; (2) Compulsory Licensing Fees; (3) Attorneys' Fees; (4) Enhanced Damages; (5) Pre-Judgment and Post-Judgment: Motion Hearing set for 7/6/2006 09:30 AM in Ctrm 2 (Beaumont) before Judge Ron Clark.* (bca, ) (Entered: 06/29/2006) |
| 06/29/2006 | 298 | NOTICE by Finisar Corporation, Finisar Corporation *Stipulation of Noninfringement of Claim 25* (Hall, H.) (Entered: 06/29/2006) |
| 06/30/2006 | 302 | TRANSCRIPT of Jury Trial held on June 12, 2006 before Judge Ron Clark. Court Reporter: C Bickham. Volume 1 pages 1 - 208. (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 303 | TRANSCRIPT of Jury Trial held on June 13, 2006 before Judge Ron Clark. Court Reporter: C Bickham. Volume 2 pages 209 - 477. (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 304 | TRANSCRIPT of Jury Trial held on June 14, 2006 before Judge Ron Clark. Court Reporter: C Bickham. Volume 3 pages 478 - 735. (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 305 | TRANSCRIPT of Jury Trial held on June 15, 2006 before Judge Ron Clark. Court Reporter: C Bickham. Volume 4 pages 736 - 992. (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 306 | TRANSCRIPT of Jury Trial held on June 16, 2006 before Judge Ron Clark. Court Reporter: C Bickham. Volume 5 pages 993 - 1202. (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 307 | TRANSCRIPT of Jury Trial held on June 19, 2006 before Judge Ron Clark. Court Reporter: C Bickham. Volume 6 pages 1203 - 1506. (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 308 | TRANSCRIPT of Jury Trial held on June 20, 2006 before Judge Ron Clark. Court Reporter: C Bickham. Volume 7 pages 1507 - 1764. (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 309 | TRANSCRIPT of Jury Trial held on June 21, 2006 before Judge Ron Clark. Court Reporter: C Bickham. Volume 8 pages 1765 - 2062. (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 310 | TRANSCRIPT of Jury Trial Excerpt from the Cross-examination of Doug Eaton by Mr. McBride held on June 21, 2006 before Judge Ron Clark. Court Reporter: C Bickham (3 pages). (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 311 | TRANSCRIPT of Jury Trial Excerpt of Direct Examination of Roy Griffin by Mr. Germer held on June 21, 2006 before Judge Ron Clark. Court Reporter: C Bickham (34 pages). (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 312 | TRANSCRIPT of Jury Trial held on June 22, 2006 before Judge Ron Clark. Court Reporter: C Bickham. Volume 9 pages 2063 - 2254. (tkd, ) (Entered: 07/05/2006) |
| 06/30/2006 | 313 | TRANSCRIPT of Jury Trial held on June 23, 2006 before Judge Ron Clark. Court Reporter: C Bickham. Volume 10 pages 2255 - 2275. (tkd, ) (Entered: 07/05/2006) |
| 07/03/2006 | 299 | NOTICE by Finisar Corporation re [296] SEALED PATENT MOTION *Memorandum* |

CM/ECF LIVE - U.S. District Court:txed - Docket Report                                    Page 38 of 40

| | | |
|---|---|---|
| | | *of Points and Authorities in Support of Plaintiff Finisar's Motion for (1) a Permanent Injunction; (2) Compulsory Licensing Fees; (3) Attorneys' Fees; (4) Enhanced Damages; (5) Pre-Judgment and Post-Judgmen (Errata and Corrected Exhibit "B"* (Attachments: # 1 Exhibit B)(Ford, Mark) (Entered: 07/03/2006) |
| 07/05/2006 | 300 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [296] SEALED PATENT MOTION *Memorandum of Points and Authorities in Support of Plaintiff Finisar's Motion for (1) a Permanent Injunction; (2) Compulsory Licensing Fees; (3) Attorneys' Fees; (4) Enhanced Damages; (5) Pre-Judgment and Post-Judgmen filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC.* (Attachments: # (1) Exhibit 1# (2) Exhibit 2)(Heartfield, J) (Entered: 07/05/2006) |
| 07/05/2006 | 301 | **FILING ERROR. This is a supplemental brief in support, not a motion.** Supplemental brief re [296] SEALED PATENT MOTION *Memorandum of Points and Authorities in Support of Plaintiff Finisar's Motion for (1) a Permanent Injunction; (2) Compulsory Licensing Fees; (3) Attorneys' Fees; (4) Enhanced Damages; (5) Pre-Judgment and Post-Judgment* by Finisar Corporation. (Attachments: # 1 Exhibit A) (Ford, Mark) Modified on 7/5/2006 (tkd, ). (Entered: 07/05/2006) |
| 07/06/2006 | 318 | Minute Entry for proceedings held before Judge Ron Clark : Post Trial Motion Hearing held on 7/6/2006. The Court will enter a written judgment. (Court Reporter Ada Christi.) (bca, ) (Entered: 07/07/2006) |
| 07/07/2006 | 333 | FINAL JUDGMENT. It is ordered that Plaintiff Finisar Corp, shall have and recover from Defendants The DirecTV Group Inc., DirecTV Holdings, LLC, DirecTV Enterprises, LLC, DirecTV Operations, LLC, DirecTV Inc., and Hughes Network Systems, Inc., jointly and severally, the total sum of $103,920,250.25, plus prejudgment interest at the agreed rate of 6% calculated as stated on the record at the 7/6/06 hearing, on the damages found by the jury, said prejudgment interest totaling $13,359,276.00, together with post judgment interest on the entire sum calculated pursuant to 28 USC 1961. The Court denied Plaintiff's motion for injunctive relief and granted a compulsory license. All pending motions not previously ruled on are denied. This is a Final Judgment and is appealable. Signed by Judge Ron Clark on 7/7/06. (mrp, ) (Entered: 07/07/2006) |
| 07/12/2006 | 334 | TRANSCRIPT of Hearing held on July 6, 2006 before Judge Ron Clark. Court Reporter: A Christy (140 pp + 18 pg index). (tkd, ) (Entered: 07/12/2006) |
| 07/20/2006 | 335 | MOTION for Bond - *Defendants' Motion for Approval of Supersedeas Bond and Stay of Execution of Judgment Pursuant to Federal Rule of Civil Procedure 62(d)* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit A# 2 Proposed Order)(Heartfield, J) (Entered: 07/20/2006) |
| 07/21/2006 | 336 | MOTION for Judgment as a Matter of Law *(Renewed)*, MOTION for New Trial by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Proposed Order)(Heartfield, J) (Entered: 07/21/2006) |
| 07/21/2006 | 337 | SEALED PATENT MOTION - *Rule 52(b) Motion to Amend the Judgment* by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Proposed Order)(Heartfield, J) (Entered: 07/21/2006) |
| 07/21/2006 | 338 | NOTICE by Finisar Corporation re 335 MOTION for Bond - *Defendants' Motion for Approval of Supersedeas Bond and Stay of Execution of Judgment Pursuant to Federal Rule of Civil Procedure 62(d)* (Harris, Kirk) (Entered: 07/21/2006) |

| 07/21/2006 | 339 | Proposed BILL OF COSTS by Finisar Corporation. (Attachments: # 1 Declaration of Kirk R Harris# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H# 10 Exhibit I)(Harris, Kirk) Modified on 7/24/2006 (tkd, ). (Entered: 07/21/2006) |
|---|---|---|
| 07/31/2006 | 340 | OBJECTIONS by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC to 339 Proposed Bill of Costs (Heartfield, J) Modified on 8/1/2006 (tkd, ). (Entered: 07/31/2006) |
| 08/01/2006 | 341 | ORDER granting 335 Motion for approval of supersedeas bond. Signed by Judge Ron Clark on 8/1/06. (tkd, ) (Entered: 08/02/2006) |
| 08/04/2006 | 344 | ORDER re 339 Plaintiff's Bill of Costs. Ordered that pltf Finisar Corporation recover against defts The DirecTV Group Inc, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC, DirecTV Inc and Hughes Network Systems Inc jointly and severally costs in the amount of $147,282.36. Signed by Judge Ron Clark on 8/3/06. (tkd, ) (Entered: 08/08/2006) |
| 08/07/2006 | 342 | SEALED PATENT RESPONSE to SEALED PATENT MOTION re [337] SEALED PATENT MOTION - *Rule 52(b) Motion to Amend the Judgment* filed by Finisar Corporation. (Harris, Kirk) (Entered: 08/07/2006) |
| 08/07/2006 | 343 | RESPONSE in Opposition re 336 MOTION for Judgment as a Matter of Law *(Renewed)* MOTION for New Trial MOTION for New Trial filed by Finisar Corporation. (Harris, Kirk) (Entered: 08/07/2006) |
| 08/14/2006 | 345 | REPLY in Support of 336 Renewed MOTION for Judgment as a Matter of Law and MOTION for New Trial filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) Modified on 8/16/2006 (tkd, ). (Entered: 08/14/2006) |
| 08/14/2006 | 346 | SEALED PATENT REPLY to Response to PATENT Motion re [337] SEALED PATENT MOTION - *Rule 52(b) Motion to Amend the Judgment* filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 08/14/2006) |
| 08/15/2006 | 347 | ORDER regarding replacement of hard copies of exhibits. Signed by Judge Ron Clark on 8/14/06. (tkd, ) (Entered: 08/15/2006) |
| 08/22/2006 | 348 | MOTION for Approval of an Interest-Bearing Escrow Arrangement for the Compulsory License by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Attachments: # 1 Exhibit A# 2 Exhibit A-1# 3 Exhibit A-2# 4 Proposed Order) (Heartfield, J) (Entered: 08/22/2006) |
| 08/30/2006 | 349 | SUPPLEMENTAL TRANSCRIPT of Hearing held on July 6, 2006 before Judge Ron Clark. Court Reporter: A Christy (pp 98 - 140). (tkd, ) (Entered: 08/31/2006) |
| 09/01/2006 | 350 | ORDER that [349] Supplemental Transcript of the 7/6/06 hearing, with corrections to pages 98 through 140, shall be certified and filed, to be used in lieu of the original transcript of those pages. Signed by Judge Ron Clark on 9/1/06. (tkd, ) (Entered: 09/05/2006) |
| 09/01/2006 | 351 | ORDER denying 336 Renewed Motion for Judgment as a Matter of Law, denying 336 Motion for New Trial and denying [337] Motion to Amend Judgment. Signed by Judge Ron Clark on 9/1/06. (tkd, ) (Entered: 09/05/2006) |
| 09/06/2006 | 352 | RESPONSE in Opposition re 348 MOTION for Approval of an Interest-Bearing Escrow |

| | | |
|---|---|---|
| | | Arrangement for the Compulsory License filed by Finisar Corporation. (Roberts, Charles) (Entered: 09/06/2006) |
| 09/13/2006 | 353 | RESPONSE in Support re 348 MOTION for Approval of an Interest-Bearing Escrow Arrangement for the Compulsory License filed by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. (Heartfield, J) (Entered: 09/13/2006) |
| 09/27/2006 | 354 | ORDER granting 348 Motion for approval of an interest-bearing escrow arrangement for the compulsory license. Signed by Judge Ron Clark on 9/26/06. (tkd, ) (Entered: 09/27/2006) |
| 10/04/2006 | 355 | NOTICE OF APPEAL as to 351 Order on Motion for Judgment as a Matter of Law, Order on Motion for New Trial, Order on Sealed Patent Motion, 333 Judgment,,, by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC. Filing fee $ 455, receipt number 894894. (Heartfield, J) (Entered: 10/04/2006) |
| 10/17/2006 | 356 | TRANSCRIPT REQUEST by Hughes Network Systems Inc, DirecTV Inc, DirecTV Group Inc The, DirecTV Holdings LLC, DirecTV Enterprises LLC, DirecTV Operations LLC for proceedings held on 01/17/06, 02/09/06, 04/13/06 before Judge Clark.. (Heartfield, J) (Entered: 10/17/2006) |
| 10/18/2006 | | Transmission of Notice of Appeal and Docket Sheet to US Court of Appeals for the Federal Circuit re 355 Notice of Appeal, (pkb, ) (Entered: 10/18/2006) |
| 10/18/2006 | 357 | NOTICE OF CROSS APPEAL by Finisar Corporation. Filing fee $ 455, receipt number 908008. (Harris, Kirk) (Entered: 10/18/2006) |

| PACER Service Center | | |
|---|---|---|
| **Transaction Receipt** | | |
| 10/19/2006 11:12:25 | | |
| **PACER Login:** | ml0011 | **Client Code:** 70557-060900-0575kenworthy |
| **Description:** | Docket Report | **Search Criteria:** 1:05-cv-00264-RHC |
| **Billable Pages:** | 30 | **Cost:** 2.40 |