IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | C. A. No. 06-0425-JJF |

**STIPULATION AS TO CONFIDENTIALITY OF BRIEFING MATERIALS FILED IN CONNECTION WITH FINISAR'S MOTION TO DISMISS**

The parties through their attorneys stipulate that materials designated as confidential during the parties' discussions, including but not limited to Exhibit J to the Declaration of Dion M. Bregman, may be treated as confidential and may be served and filed under seal.

**OF COUNSEL:**

Thomas B. Kenworthy
David W. Marston, Jr.
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5937

/s/ Arthur G. Connolly, III
Arthur G. Connolly, III (No. 2667)
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE 19899
(302) 658-9141

**Attorneys for Defendant
Finisar Corporation**

|  |  |
|---|---|
| **OF COUNSEL:** | /s/ Josy W. Ingersoll<br>Josy W. Ingersoll (No. 1088)<br>Richard H. Morse (No. 531) |
| Harold J. McElhinny<br>Rachel Krevans<br>William J. Kuhne<br>Jason A. Crotty<br>Morrison & Foerster LLP<br>425 Market Street<br>San Francisco, CA 94105 | The Brandywine Building<br>1000 West Street, 17th Floor<br>P.O. Box 391<br>Wilmington, Delaware 19899<br>(302) 571-6651<br>*jingersoll@ycst.com*<br>*rmorse@ycst.com*<br><br>**Attorneys for Plaintiffs** |

**SO ORDERED** this _____ day of November, 2006

_____
United States District Judge