UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 06-0425-JJF |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL DISTRICT COURT RULE 83.5

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Thomas B. Kenworthy of the law firm of Morgan, Lewis & Bockius LLP, 1701 Market Street, Philadelphia, Pennsylvania 19103-2921, to represent the defendant in this matter.

Respectfully submitted,

DATED: November 10, 2006

_____
Arthur G. Connolly, Jr. (#496)
Arthur G. Connolly, III (#2667)
CONNOLLY BOVE LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission pro hac vice of Thomas B. Kenworthy is granted.

_____
United States District Judge

**CERTIFICATION OF COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court and am admitted, practicing and in good standing as a member of the Bar of the State of Pennsylvania. Pursuant to Local Rule 83.6, I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 has been paid ☒ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

DATED: November 7, 2006

Thomas B. Kenworthy
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, Pennsylvania 19103-2921
(215) 963-5000

## CERTIFICATE OF SERVICE

I, ARTHUR G. CONNOLLY, III., do hereby certify that on this date, true and correct copies of the foregoing MOTION AND ORDER FOR ADMISSION PRO HAC VICE PURSUANT TO LOCAL DISTRICT COURT RULE 83.5 was served upon the following counsel via ECF and as follows:

**VIA HAND DELIVERY**

Josy W. Ingersoll, Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
The Brandywine Building, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899

**VIA FEDERAL EXPRESS**

Harold J. McElhinny, Esquire
Rachel Krevans, Esquire
William J. Kuhne, Esquire
Jason A. Crotty, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105

Attorneys for Plaintiffs
EchoStar Satellite LLC,
EchoStar Technologies Corporation,
and Nagrastar LLC

/s/ Arthur G. Connolly, III
ARTHUR G. CONNOLLY, III

DATED: November 10, 2006