UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | Case No. 06-0425-JJF |

### DECLARATION OF THOMAS B. KENWORTHY

THOMAS B. KENWORTHY, acknowledging that this declaration is made under penalty of perjury, states upon personal knowledge, information and belief that the following facts are true and correct:

1. I am a partner in the law firm of Morgan, Lewis & Bockius LLP and one of the counsel for Finisar Corporation ("Finisar"), the defendant in this action.

2. On August 1, 2006, I had a telephone conversation with Richard Morse, one of the counsel for plaintiffs in this action. I advised Mr. Morse that in Finisar's view, the Court lacked subject matter jurisdiction over this matter because there were ongoing licensing negotiations that had not broken down at the time suit was filed, that plaintiffs did not have a

reasonable apprehension of imminent litigation at the time suit was filed, and that even if there were a justiciable case or controversy, it would be appropriate for the Court to decline to exercise declaratory judgment jurisdiction. In light of this, I proposed that plaintiffs dismiss this action without prejudice and that in exchange for such a voluntary dismissal, Finisar would agree that any litigation between the parties involving the '505 patent would proceed in the District of Delaware.

3. On August 2, 2006, I received a telephone call from William Kuhner, one of plaintiffs' counsel from Morrison & Foerster LLP, following up on the proposal that I had made to Mr. Morse regarding a dismissal of the case without prejudice. Mr. Kuhner indicated that I would need to speak with Harold McElhinny.

4. I thereafter spoke to plaintiffs' lead counsel, Harold J. McElhinny, on August 3, 2006, and reiterated this proposal. Mr. McElhinny advised that he had to discuss this issue with his client and that he would get back to me.

5. On August 9, 2006, I sent an e-mail message to Mr. McElhinny, inquiring as to whether there was "[a]ny word on dismissal without prejudice" and received a response from Mr. McElhinny later that day that "EchoStar has been 'pondering' this since you and I spoke. I will let you know as soon as I get instructions." A true and correct copy of that exchange of e-mails is attached hereto as Exhibit A.

6. On August 14, 2006, I received an e-mail response from Mr. McElhinny in the nature of a counterproposal which was that EchoStar was "willing to extend the time to respond to October 8, 2006. That should give the parties an opportunity to assess the September

27 meeting [scheduled between executives of the parties]." A true and correct copy of this e-mail is attached hereto as Exhibit B.

7. I responded that same day and accepted the "offer of an additional extension until October 8 to respond to the Complaint, should the parties not be able to reach an amicable resolution before then," noting that this acceptance was with the understanding that the response Finisar may file would likely include a motion to dismiss for lack of justiciable controversy or for the Court to decline to exercise its discretion to entertain this declaratory judgment proceeding.

8. On September 6, 2006, I received an e-mail from Mr. Morse, a true and correct copy of which is attached hereto as Exhibit C, in which EchoStar proposed yet another extension until October 23, 2006. It was subsequently explained that because the scheduled meeting of executives of our respective clients to discuss a possible license had to be postponed, this additional extension was "to allow Finisar and EchoStar to meet and to assess their meeting before Finisar responds to the complaint."

DATED: November 14, 2006

_____
THOMAS B. KENWORTHY

## CERTIFICATE OF SERVICE

I, ARTHUR G. CONNOLLY, III, do hereby certify that on this date, true and correct copies of the foregoing were served upon the following counsel via ECF and as follows:

### VIA HAND DELIVERY

Josy W. Ingersoll, Esquire
Richard H. Morse, Esquire
Young Conaway Stargatt & Taylor, LLP
1000 West Street
The Brandywine Building, 17th Floor
P. O. Box 391
Wilmington, Delaware 19899

### VIA FEDERAL EXPRESS

Harold J. McElhinny, Esquire
Rachel Krevans, Esquire
William J. Kuhne, Esquire
Jason A. Crotty, Esquire
Morrison & Foerster LLP
425 Market Street
San Francisco, California 94105

Attorneys for Plaintiffs
EchoStar Satellite LLC,
EchoStar Technologies Corporation,
and Nagrastar LLC

DATED: November 14, 2006

_____
ARTHUR G. CONNOLLY, III (No. 2667)

# Exhibit A



"McElhinny, Harold J."
&lt;HMcElhinny@mofo.com&gt;
08/09/2006 07:22 PM

To  tkenworthy@morganlewis.com
cc
bcc
Subject  Re: EchoStar v. Finisar


Echostar has been "pondering" this since you and I spoke. I will let you know as soon as I get instructions.
----------------------------
Sent from my BlackBerry Wireless Handheld


-----Original Message-----
From: tkenworthy@morganlewis.com &lt;tkenworthy@morganlewis.com&gt;
To: McElhinny, Harold J. &lt;HMcElhinny@mofo.com&gt;
Sent: Wed Aug 09 15:34:18 2006
Subject: EchoStar v. Finisar




Any word on dismissal without prejudice?


Thomas B. Kenworthy
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5702
(215) 963-5001 (fax)


DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential. If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original
message.


================================================================
============

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster LLP informs you that, if any advice concerning one or more U.S. Federal tax issues is contained in this communication (including any attachments), such advice is not intended or written to be used,

and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

===========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
===========================================================================

# Exhibit B



"McElhinny, Harold J."
&lt;HMcElhinny@mofo.com&gt;
08/14/2006 02:03 PM

To  tkenworthy@morganlewis.com
cc  "Kuhne, William (Bill) J." &lt;WKuhne@mofo.com&gt;
bcc
Subject  RE: EchoStar v. Finisar

History:    This message has been replied to and forwarded.

Tom:

Sorry for the delay.

Echostar's counterproposal is that Echostar is willing to extend Finisar's time to respond to October 8, 2006. That should give the parties an opportunity to assess the September 27 meeting.

If this is acceptable, please prepare the stipulation.

Harold

-----Original Message-----
From: tkenworthy@morganlewis.com [mailto:tkenworthy@morganlewis.com]
Sent: August 09, 2006 3:34 PM
To: McElhinny, Harold J.
Subject: EchoStar v. Finisar


Any word on dismissal without prejudice?


Thomas B. Kenworthy
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5702
(215) 963-5001 (fax)


DISCLAIMER
This e-mail message is intended only for the personal
use of the recipient(s) named above. This message may
be an attorney-client communication and as such privileged
and confidential.  If you are not an intended recipient,
you may not review, copy or distribute this message. If
you have received this communication in error, please
notify us immediately by e-mail and delete the original message.


============================================================================

To ensure compliance with requirements imposed by the IRS, Morrison & Foerster
LLP informs you that, if any advice concerning one or more U.S. Federal tax

issues is contained in this communication (including any attachments), such advice is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

For information about this legend, go to
http://www.mofo.com/Circular230.html

==========================================================================

This message contains information which may be confidential and privileged. Unless you are the addressee (or authorized to receive for the addressee), you may not use, copy or disclose to anyone the message or any information contained in the message. If you have received the message in error, please advise the sender by reply e-mail @mofo.com, and delete the message.
==========================================================================

# Exhibit C



**"Morse, Richard"**
&lt;rmorse@ycst.com&gt;
09/06/2006 03:33 PM

To  tkenworthy@morganlewis.com

cc  "Kuhne, William (Bill) J." &lt;WKuhne@mofo.com&gt;

bcc

Subject  FW: Echostar: Stipulation Extending Time to Respond to Complaint.DOC

History:       This message has been replied to and forwarded.

Tom,
        Here is a new stip extending time. If it meets with your approval please have it signed and sent back to me.
Rich

Richard H. Morse
Young Conaway Stargatt & Taylor, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE  19899-0391
Phone: 302-571-6651
Facsimile: 302-576-3319
rmorse@ycst.com


&gt; _____
&gt; From:          Drummond, Constance
&gt; Sent:          Wednesday, September 06, 2006 3:23 PM
&gt; To:            Morse, Richard
&gt; Subject:       Echostar: Stipulation Extending Time to Respond to
&gt; Complaint.DOC
&gt;
&gt;  &lt;&lt;(5500652_1)_Echostar_ Stipulation Extending Time to Respond to
&gt; Complaint.DOC&gt;&gt;

(5500652_1)_Echostar_ Stipulation Extending Time to Respond to Complaint.DOC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,

Plaintiffs,

v.

FINISAR CORPORATION, a Delaware corporation,

Defendant.

Case No. 06-0425

## STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

It is hereby stipulated and agreed by the parties, subject to the approval of the Court, that the time within which defendant Finistar Corporation must answer, move or otherwise plead in response to the Complaint is hereby extended from October 8, 2006 until October 23, 2006. Two previous extensions have been granted.

---

Josy W. Ingersoll (No. 1088)
Richard H. Morse (No. 531)
The Brandywine Building, 17th Floor
1000 West Street
P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
rmorse@ycst.com

Attorneys for Plaintiffs

DATED: _____

---

David W. Marston, Jr., (No. 3972)
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5937

Attorney for Defendant

APPROVED this _____ day of September, 2006

_____
United States District Judge