# YOUNG CONAWAY STARGATT & TAYLOR, LLP

|  | THE BRANDYWINE BUILDING | |
|---|---|---|
| JOSY W. INGERSOLL (NO. 1088) | 1000 WEST STREET, 17TH FLOOR | (302) 571-6600 |
| DIRECT DIAL: 302-571-6672 | WILMINGTON, DELAWARE 19801 | (302) 571-1253 FAX |
| DIRECT FAX: 302-576-3301 | P.O. BOX 391 | (800) 253-2234 (DE ONLY) |
| jingersoll@ycst.com | WILMINGTON, DELAWARE 19899-0391 | www.youngconaway.com |

November 16, 2006

**BY E-FILING**

The Honorable Joseph J. Farnan, Jr.
United States District Court
844 King Street
Wilmington, DE  19801

      Re:    EchoStar Satellite LLC, et al. v. Finisar Corp.,
                 Civil Action No. 06-425-JJF

Dear Judge Farnan:

      Pursuant to Local Rule 7.1.4, plaintiff EchoStar respectfully requests the opportunity to present oral argument on Finisar's motion to dismiss the complaint.

      We thank the Court for its consideration.

                                    Respectfully submitted,

                                    Josy W. Ingersoll (No. 1088)

JWI:cg
cc:    Clerk of the Court (by hand delivery and e-mail)
        Arthur G. Connolly, III , Esquire (by e-filing and e-mail)
        Thomas B. Kenworthy, Esquire (by e-mail)\
        William J. Kuhne, Esquire (by e-mail)