IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation, ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation, <br><br> Plaintiffs, <br><br> v. <br><br> FINISAR CORPORATION, a Delaware corporation, <br><br> Defendant. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : Civil Action No. 06-425-JJF <br> : <br> : <br> : <br> : <br> : <br> : <br> : |

ORDER

At Wilmington, this 25th day of September, 2007, for the reasons discussed in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Plaintiffs' Declaratory Judgment Complaint (D.I. 9) is **DENIED**.

*Joseph J. Farnan Jr.*
UNITED STATES DISTRICT JUDGE