# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | Civil Action No. 06-425-JJF |

## STIPULATION AND ORDER
## EXTENDING TIME TO RESPOND TO COUNTERCLAIM

It is hereby stipulated and agreed by the parties, subject to the approval of the Court, that the time within which Plaintiffs EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC must reply, move, or otherwise plead in response to Defendant Finisar Corporation's Counterclaim (D.I. 34) is hereby extended from October 30, 2007 until November 13, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*
Josy W. Ingersoll (No. 1088)
Richard H. Morse (No. 531)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street, P.O. Box 391
Wilmington, Delaware 19899
(302) 571-6651
*alundgren@ycst.com*

*Attorneys for Plaintiffs*

Dated: October 25, 2007

CONNOLLY, BOVE, LODGE & HUTZ LLP

*/s/ Arthur G. Connolly, III*
Arthur G. Connolly, III (No. 2667)
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*aconnollyiii@cblh.com*

*Attorneys for Defendant*

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge