IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>        Plaintiffs,<br><br>   v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>        Defendant. | C.A. No. 06-425-JJF |

**MOTION TO STAY PROCEEDINGS PENDING
REEXAMINATION OF U.S. PATENT NO. 5,404,505**

       For the reasons set forth in the Opening Brief filed herewith, Plaintiffs EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC hereby move the Court for an Order staying all proceedings in this case pending the result of the *ex parte* reexamination of United States Patent No. 5,404,505 by the United States Patent and Trademark Office.

| | |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| | |
| Harold J. McElhinny | |
| Rachel Krevans | /s/ *Andrew A. Lundgren* |
| MORRISON & FOERSTER LLP | Josy W. Ingersoll (No. 1088) |
| 425 Market Street | Richard H. Morse (No. 531) |
| San Francisco, California 94105 | Andrew A. Lundgren (No. 4429) |
| (415) 268-7000 | The Brandywine Building, 17th Floor |
| | 1000 West Street |
| William J. Kuhne | Wilmington, Delaware 19801 |
| MORRISON & FOERSTER LLP | (302) 571-6672 |
| 1290 Avenue of the Americas | *alundgren@ycst.com* |
| New York, New York 10104-0050 | |
| (212) 468-8000 | *Attorneys for Plaintiffs/Counterclaim-Defendants EchoStar Satellite LLC, EchoStar Technologies* |
| Dated: November 8, 2007 | *Corporation, and NagraStar LLC* |

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on November 8, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Arthur G. Connolly, III , Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I further certify that on November 8, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

>Thomas B. Kenworthy, Esquire [tkenworthy@morganlewis.com]
>Morgan, Lewis & Bockius LLP
>1701 Market Street
>Philadelphia, PA 19103

>YOUNG CONAWAY STARGATT & TAYLOR, LLP

>/s/ *Andrew A. Lundgren*
>Josy W. Ingersoll (No. 1088)
>Richard H. Morse (No. 531)
>Andrew A. Lundgren (No. 4429)
>The Brandywine Building
>1000 West Street, 17th Floor
>Wilmington, Delaware  19801
>(302) 571-6600
>*jingersoll@ycst.com*
>*rmorse@ycst.com*
>*alundgren@ycst.com*

>*Attorneys for Plaintiffs/Counterclaim-Defendants EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>          Plaintiffs,<br><br>   v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>          Defendant. | C.A. No. 06-425-JJF |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that the undersigned counsel will present Plaintiffs' Motion to Stay Proceedings Pending Reexamination of U.S. Patent No. 5,404,505, on Friday, December 7, 2007, at 10:00 a.m., or at the earliest time convenient to the Court.

| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| Harold J. McElhinny<br>Rachel Krevans<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>(415) 268-7000<br><br>William J. Kuhne<br>MORRISON & FOERSTER LLP<br>1290 Avenue of the Americas<br>New York, New York 10104-0050<br>(212) 468-8000<br><br>Dated: November 8, 2007 | /s/ *Andrew A. Lundgren*<br>Josy W. Ingersoll (No. 1088)<br>Richard H. Morse (No. 531)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building, 17th Floor<br>1000 West Street<br>Wilmington, Delaware 19801<br>(302) 571-6672<br>*alundgren@ycst.com*<br><br>*Attorneys for Plaintiffs/Counterclaim-Defendants EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC* |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　　Defendant. | C.A. No. 06-425-JJF |

## LOCAL RULE 7.1.1 CERTIFICATION

I, Andrew A. Lundgren, Esquire, hereby certify pursuant to Local Rule 7.1.1 that counsel for Plaintiffs EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC have made a reasonable effort to reach agreement with Defendant Finisar Corporation's counsel on the matters set forth in the foregoing motion.

　　　　　　　　　　　　　　　　YOUNG CONAWAY STARGATT & TAYLOR, LLP

　　　　　　　　　　　　　　　　/s/ *Andrew A. Lundgren*
　　　　　　　　　　　　　　　　Andrew A. Lundgren (No. 4429)
　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　1000 West Street, 17th Floor
　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　302-571-6600
　　　　　　　　　　　　　　　　*alundgren@ycst.com*

　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs/Counterclaim-*
　　　　　　　　　　　　　　　　*Defendants EchoStar Satellite LLC, EchoStar*
　　　　　　　　　　　　　　　　*Technologies Corporation, and NagraStar LLC*

Dated: November 8, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>        Plaintiffs,<br><br>  v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>        Defendant. | C.A. No. 06-425-JJF |

**ORDER GRANTING PLAINTIFFS' MOTION TO
STAY PROCEEDINGS PENDING REEXAMINATION OF U.S. PATENT NO. 5,404,505**

IT IS HEREBY ORDERED this ____ day of _____, 2007, upon review of Plaintiffs' Motion to Stay Proceedings Pending Reexamination of U.S. Patent No. 5,404,505 and their supporting papers and arguments, finding Plaintiffs' arguments well taken, that this action will proceed as follows:

**Effective Immediately:** This action is stayed, all deadlines imposed by any order of this Court, the Federal Rules of Civil Procedure, and/or the Local Rules are vacated; and

**Within Ten (10) Business Days after the Final Completion of All Reexaminations of U.S. Patent No. 5,404,505 by the U.S. Patent and Trademark Office (including all appeals and subsequent proceedings before the U.S. Patent and Trademark Office):** The Parties shall jointly notify this Court in writing of the completion of the reexamination proceeding and counsel for both parties shall contact chambers to schedule a status conference to be held in this case.

                                                _____
                                                      United States District Judge