IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　　　Defendant. | Civil Action No. 06-425-JJF |

## NOTICE OF WITHDRAWAL OF MOTION

PLEASE TAKE NOTICE that, pursuant to the terms of the Stipulation and Proposed Order Staying Action filed by the parties (D.I. 42), Plaintiffs EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC hereby withdraw their Motion to Stay Proceedings Pending Reexamination of U.S. Patent No. 5,404,505 (D.I. 36), originally scheduled to be heard by the Court on December 7, 2007.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Josy W. Ingersoll (No. 1088)
Richard H. Morse (No. 531)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899
(302) 571-6743
*alundgren@ycst.com*

*Attorneys for Plaintiffs/Counterclaim-Defendants*

Dated: November 29, 2007

## CERTIFICATE OF SERVICE

I, Andrew A. Lundgren, Esquire, hereby certify that on November 29, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

> Arthur G. Connolly, III, Esquire
> Connolly, Bove, Lodge & Hutz LLP
> The Nemours Building
> 1007 North Orange Street
> Wilmington, DE 19801

I further certify that on November 29, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

### BY E-MAIL

> Thomas B. Kenworthy, Esquire [tkenworthy@morganlewis.com]
> Morgan, Lewis & Bockius LLP
> 1701 Market Street
> Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Andrew A. Lundgren*
Josy W. Ingersoll (No. 1088)
Richard H. Morse (No. 531)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware 19801
(302) 571-6600
*jingersoll@ycst.com*
*rmorse@ycst.com*
*alundgren@ycst.com*

*Attorneys for Plaintiffs/Counterclaim-Defendants EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC*