IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>          Plaintiffs,<br><br>    v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>          Defendant. | Civil Action No. 06-425-JJF |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, William J. Kuhne, Esquire, hereby withdraws his appearance on behalf of Plaintiffs EchoStar Satellite LLC, EchoStar Technologies Corporation and NagraStar, LLC. Young Conaway Stargatt & Taylor LLP and Morrison & Foerster LLP remain counsel of record for Plaintiffs.

|  |  |
|---|---|
|  | YOUNG CONAWAY STARGATT<br> & TAYLOR, LLP |
| OF COUNSEL:<br><br>Harold J. McElhinny<br>Rachel Krevans<br>Jason A. Crotty<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California 94105<br>(415) 268-7000<br><br><br><br><br>DATED: December 4, 2007 | /s/ *Andrew A. Lundgren*<br>Josy W. Ingersoll (No. 1088)<br>Richard H. Morse (No. 531)<br>Andrew A. Lundgren (No. 4429)<br>1000 West Street<br>The Brandywine Building, 17th Floor<br>Wilmington, Delaware 19899<br>(302) 571-6672<br>alundgren@ycst.com<br><br>*Attorneys for Plaintiffs/Counterclaim-Defendants EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC* |

**CERTIFICATE OF SERVICE**

I, Andrew A. Lundgren, Esquire, hereby certify that on December 4, 2007, I caused to be electronically filed a true and correct copy of the foregoing document with the Clerk of the Court using CM/ECF, which will send notification that such filing is available for viewing and downloading to the following counsel of record:

>Arthur G. Connolly, III , Esquire
>Connolly, Bove, Lodge & Hutz LLP
>The Nemours Building
>1007 North Orange Street
>Wilmington, DE  19801

I further certify that on December 4, 2007, I caused a copy of the foregoing document to be served by hand delivery on the above-listed counsel of record and on the following non-registered participants in the manner indicated:

**BY E-MAIL**

>Thomas B. Kenworthy, Esquire [tkenworthy@morganlewis.com]
>Morgan, Lewis & Bockius LLP
>1701 Market Street
>Philadelphia, PA 19103

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Andrew A. Lundgren*
Josy W. Ingersoll (No. 1088)
Richard H. Morse (No. 531)
Andrew A. Lundgren (No. 4429)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, Delaware  19801
(302) 571-6600
*jingersoll@ycst.com*
*rmorse@ycst.com*
*alundgren@ycst.com*

*Attorneys for Plaintiffs/Counterclaim-Defendants EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC*