IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>　　　　　　　Defendant. | Civil Action No. 06-425-JJF |

## PLAINTIFFS' SUPPLEMENTAL RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1(b)(2), Plaintiffs EchoStar Satellite LLC and EchoStar Technologies Corporation state that:

1.　　EchoStar Satellite LLC's parent corporation is Dish Network Corporation.

2.　　Dish Network Corporation is the only publicly held corporation that owns, directly or indirectly, 10 percent or more of EchoStar Satellite LLC's stock. Depending on the method used to calculate percentage of ownership, Fairholme Capital Management LLC also could be construed to own 10 percent or more of the stock of Dish Network Corporation.

3.　　EchoStar Technologies Corporation's parent corporation is EchoStar Corporation.

4.　　EchoStar Corporation is the only publicly held corporation that owns, directly or indirectly, 10 percent or more of EchoStar Technologies Corporation's stock.

| | |
|---|---|
| OF COUNSEL:<br><br>Harold J. McElhinny<br>Rachel Krevans<br>Jason A. Crotty<br>MORRISON & FOERSTER LLP<br>425 Market Street<br>San Francisco, California  94105<br>(415) 268-7000<br><br><br><br>DATED:  March 24, 2008 | YOUNG CONAWAY STARGATT<br>& TAYLOR, LLP<br><br>*/s/ Andrew A. Lundgren*<br>_____<br>Josy W. Ingersoll (No. 1088)<br>Richard H. Morse (No. 531)<br>Andrew A. Lundgren (No. 4429)<br>The Brandywine Building<br>1000 West Street, 17th Floor<br>Wilmington, Delaware 19801<br>(302) 571-6600<br>*alundgren@ycst.com*<br><br>*Attorneys for Plaintiffs/Counterclaim-Defendants EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC* |