**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| ECHOSTAR SATELLITE LLC, a Colorado corporation; ECHOSTAR TECHNOLOGIES CORPORATION, a Texas corporation, and NAGRASTAR LLC, a Colorado corporation,<br><br>Plaintiffs,<br><br>v.<br><br>FINISAR CORPORATION, a Delaware corporation,<br><br>Defendant. | Civil Action No. 06-425-JJF |

**STIPULATION AND PROPOSED ORDER DISMISSING DECLARATORY JUDGMENT ACTION AND COUNTERCLAIMS**

WHEREAS Plaintiffs and Counterclaim Defendants EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC (collectively, "EchoStar") brought suit against Defendant Finisar Corporation ("Finisar") for a declaratory judgment that EchoStar does not, and has not, infringed any valid claim of U.S. Patent No. 5,404,505 (the "'505 patent").

WHEREAS Defendant and Counterclaimant Finisar Corporation ("Finisar") brought a counterclaim asserting that EchoStar has infringed and is infringing unspecified claims of the '505 patent.

WHEREAS the '505 patent has also been the subject of other litigation:

- Finisar asserted claims of the '505 patent against various DIRECTV entities in the U.S. District Court for the Eastern District of Texas. A jury verdict in favor of Finisar was reversed and the case remanded by the Federal Circuit on appeal. *See Finisar Corp. v. DirecTV Group, Inc.*, 523 F.3d 1323 (Fed. Cir. 2008). On

remand, the district court invalidated the remaining asserted claims on summary judgment and that ruling was affirmed by the Federal Circuit. *See Finisar Corp. v. DirecTV Group, Inc.*, 2010 WL 55627 (Fed. Cir. January 8, 2010).

- Comcast Cable Communications, Corp. filed a declaratory judgment action regarding the '505 patent in the U.S. District Court for the Northern District of California. During the pendency of that case, the Federal Circuit issued its decision in the first appeal in the DIRECTV case. The district court subsequently invalidated on summary judgment the asserted claim of the '505 patent. *See Comcast Cable Communications Corp. v. Finisar Corp.*, 571 F. Supp. 2d 1137 (N.D. Cal. July 11, 2008). That ruling was affirmed by the Federal Circuit. *See Comcast Cable Communications, LLC v. Finisar Corp.*, 2009 WL 962663 (Fed. Cir. Apr 10, 2009).

WHEREAS the '505 patent has been the subject of multiple reexaminations (Serial Nos. 90/008,408; 90/008,282; 90/008,807; 90/009,318) in the U.S. Patent and Trademark Office.

WHEREAS in light of the foregoing, the parties believe it is appropriate to dismiss without prejudice EchoStar's declaratory judgment claims and Finisar's counterclaims.

ACCORDINGLY, it is stipulated and agreed that:

1. EchoStar's declaratory judgment action regarding non-infringement of the '505 patent be dismissed without prejudice.

2 Finisar's counterclaim for infringement of the '505 patent be dismissed without prejudice.

3. Each side to bear its own costs and attorney's fees.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Andrew A. Lundgren*

Richard H. Morse (No. 531)
Josy W. Ingersoll (No. 1088)
John W. Shaw (No. 3362)
Andrew A. Lundgren (No. 4429)
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, Delaware 19899
(302) 571-6600
*alundgren@ycst.com*

*Attorneys for Plaintiffs/Counterclaim-Defendants EchoStar Satellite LLC, EchoStar Technologies Corporation, and NagraStar LLC*

CONNOLLY, BOVE, LODGE & HUTZ LLP

*/s/ Arthur G. Connolly III*

Arthur G. Connolly, III (No. 2667)
Connolly, Bove, Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, Delaware 19899
(302) 658-9141
*aconnollyiii@cblh.com*

*Attorneys for Defendant/Counterclaimant Finisar Corporation*

Dated: March 24, 2010

IT IS SO ORDERED:

Dated: March 26, 2010

JOSEPH J. FARNAN, JR.
U.S. District Judge